**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSSETTS**

| | | |
|---|---|---|
| INSULET CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 1:23-cv-11780 |
| EOFLOW CO., LTD., EOFLOW, INC., | § | |
| FLEX, LTD., FLEXTRONICS | § | |
| CORPORATION, FLEXTRONICS | § | |
| MEDICAL SALES AND MARKETING, | § | |
| LTD., LUIS J. MALAVE, STEVEN | § | |
| DIIANNI, AND IAN G. WELSFORD | § | |
| | | |
| Defendants. | | |

**DECLARATION OF DOUGLAS KIDDER**

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

## Table of Contents

1. **Scope of Work** ..................................................................................................................**3**

2. **Qualifications** ..............................................................................................................**3**

3. **Summary of Opinions** ...............................................................................................**4**

4. **Background** ...................................................................................................................**4**

   *4.1    Parties* ..................................................................................................................... *5*
   
       4.1.1   Insulet ........................................................................................................... 5
   
       4.1.2   EOFlow ......................................................................................................... 7
   
       4.1.3   Flextronics ("Flex") ................................................................................. 10

   *4.2    Relevant Market Economic Overview* ............................................................ *12*
   
       4.2.1   Insulin Pumps .......................................................................................... 14

   *4.3    Accused Product* ................................................................................................. *16*

   *4.4    Irreparable Harm* ............................................................................................... *17*

5. **Comments on the McLean Declaration** ...............................................................**18**

   *5.1    Overview of the McLean Declaration* ............................................................ *18*

   *5.2    No Identified Harm* ........................................................................................... *19*

   *5.3    No Imminent Harm* ............................................................................................ *20*

   *5.4    Any Harm is Quantifiable* ................................................................................ *21*

   *5.5    Medtronic's Motivations* .................................................................................. *23*

   *5.6    Stock Market Returns* ....................................................................................... *24*

6. **Joint Ventures** ...........................................................................................................**28**

7. **Balance of Hardships** ..............................................................................................**29**

8. **Public Interest** ...........................................................................................................**29**

9. **Signature** ....................................................................................................................**30**

## Table of Figures

Figure 1: Glucose Monitoring Methods ................................................................................. 14

Figure 2: Seagrove Partners - Pump Data by Country ........................................................ 15

Figure 3: Major Pump Competitors in the U.S. ................................................................... 16

Figure 4: Insulet and Medtronic Stock Prices ...................................................................... 26

Figure 5: PODD Stock Price ................................................................................................... 28

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

## 1. SCOPE OF WORK

1.     I have been retained in the present matter by counsel for Defendants EOFlow Co., Ltd., EOFlow, Inc. (collectively "EOFlow"), Flex, Ltd., Flextronics Corporation, Flextronics Medical Sales and Marketing, Ltd. (collectively "Flex"), Luis J. Malave, Steven DiIanni and Ian Welsford (collectively "Individual Defendants") to provide my opinions regarding irreparable harm, public interest and balance of hardships and to reply to the declaration submitted by Justin McLean on behalf of Insulet Corporation ("Insulet.")

2.     The opinions contained in my declaration are based on the information and data available to me as of the date of filing.  If new data or information becomes available, I expect to update or revise my opinions accordingly.

## 2. QUALIFICATIONS

3.     My name is Douglas Kidder.  I am a Managing Partner with OSKR, LLC, a firm that provides expert services primarily in the area of damages calculations generally with a particular focus on intellectual property and antitrust.  I was also an adjunct professor at Golden Gate University, where I taught a graduate course on damages in the school of accounting.  I am also a member of the Licensing Executives Society, a former Director of i-cap Partners – a venture capital fund investing in technology companies – and a former member of the Trade New Zealand advisory board – a group formed to review New Zealand-based startups for support entering the U.S. market.

4.     I hold a B.A. in Mathematics and English with Honors from Amherst College (1983) and a Masters in Science from the University of California at Berkeley (1986).  While at Berkeley, I was a lecturer in the Computer Science department.

5.     I have been performing business analyses and valuations for over thirty-five years as a consultant, business owner, board member and manager.  I have been retained by companies to render expert opinions in the context of litigation, to assist in licensing and evaluation of intellectual property that is not subject to litigation, and to develop and refine business strategies.  I have published and spoken on business and valuation issues, mostly related to intellectual property.  I have co-authored seven published articles relating to intellectual property damages.

6.     A copy of my resume is attached as Exhibit DGK-1.  A list of documents relied upon in connection with this Declaration is attached as Exhibit DGK-2.  I am being compensated at an hourly rate of $750 per hour, plus reimbursement of expenses.  I have been assisted in this matter by OSKR staff, working under my supervision and control.  I have no financial interest in the outcome of this matter.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

### 3. SUMMARY OF OPINIONS

7.     The McLean Declaration does not identify any type of monetary harm that would be suffered by Insulet if the proposed injunction is not issued.  He does not propose that Insulet will lose sales, profits, market share, reputation, goodwill or suffer any type of harm that is typically associated with a business, much less demonstrate any irreparable harm.

8.     If and when any company launches any device based on the EOFlow technology, Insulet will have at least several months' notice.  Any launch of a new device in the U.S. is going to be preceded by public notice in the form of a 510(k) application which is estimated to take at least three months to process and will likely be followed by an additional delay before any device begins commercial sales.  Indeed, no device based on the EOFlow technology may ever come to market in the U.S.  Mr. McLean is implicitly assuming that Medtronic is planning on releasing the EOFlow device shortly under its own brand, however, he also cites evidence that prior Medtronic device acquisitions and efforts in 2020 and 2021 have not yielded commercial products.[1]

9.     Any potential damages suffered by Insulet from sales of a device incorporating any alleged trade secrets would be quantifiable through a standard head start analysis.  By their nature, trade secrets are replicable with expenditures of time and money.  The basic design of the Omnipod is publicly available.  Thus, any alleged trade secrets would accelerate a product launch – not enable a product launch.

10.    In the following sections I discuss background related to the case followed by a critique of Mr. McLean's declaration, and then my opinions on the balance of hardships and public interest.

### 4. BACKGROUND

11.    On August 18, 2023, Insulet requested an order temporarily restraining and preliminarily enjoining EOFlow from:

> Any disclosure of product or manufacturing technical information related to the EOPatch or Omnipod products (such as (1) the design drawings and specifications for each of the products' physical components and their sub-assemblies; (2) the manufacturing and quality control instructions for each component and assembly; (3) revision histories and failure modes for each component design; (4) the bill of materials and lists of vendor pricing and capabilities for sourcing of components and raw materials; (5) process validation procedures, and (6) the software specifications for the device software, especially the occlusion detection algorithm) to any third party,

---

[1] Declaration of Justin N. McClean, August 18, 2023 (hereafter, the "McLean Declaration"), ¶64.

4

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

including without limitation to any Medtronic entity or its personnel or any
EOFlow joint-venture partner entity or its personnel.[2]

12.     This requested injunction is narrower than the injunction requested in the complaint which requests
an injunction including preventing "Defendants from marketing and selling any products containing,
incorporating, or derived from Insulet's confidential and trade secret information and from using,
copying, retaining, or further disclosing any of Insulet's confidential trade secret information."[3]

## 4.1   PARTIES

### 4.1.1   Insulet

13.     Insulet is a medical device company that develops, manufacturers, and sells an insulin infusion
system for individuals with insulin-dependent diabetes.[4] Insulet was formed in 2000 as a Delaware
corporation and is headquartered in Massachusetts.[5]

14.     In 2005, Insulet gained approval from the U.S. Food and Drug Administration ("FDA") for the first
series of its insulin patch pumps called the Omnipod System.[6] Insulet began offering the Omnipod patch
for sale in the U.S. in October 2005.[7] By 2008, Insulet's Omnipod patch was available in all 50 states.[8] In
2009, Insulet obtained the CE Mark[9] and expanded sales into Europe and Israel through distribution
partnerships with Ypsomed and Geffen Medical.[10] In 2011, Insulet partnered with GSK to distribute

---

[2] Insulet's Motion for Temporary Restraining Order and Preliminary Injunction and Request for Expedited Briefing,
August 18, 2023 (the "Motion").

[3] Complaint for Misappropriation and Infringement of Intellectual Property Rights and Unfair Competition, Case
No. 1:23-cv-11780, August 3, 2023 (hereafter, the "Complaint"), p. 60.

[4] INSULET_00001090–179 at 094 (Insulet Corporation, Form 10-K FYE December 31, 2007, p. 2).

[5] INSULET_00001090–179 at 094 (Insulet Corporation, Form 10-K FYE December 31, 2007, p. 2).

[6] INSULET_00001090–179 at 094 (Insulet Corporation, Form 10-K FYE December 31, 2007, p. 2). *See also*
INSULET_00002688–848 at 781; Zisser, H.C. (2010). The OmniPod Insulin Management System: the Latest
Innovation in Insulin Pump Therapy. *Diabetes Ther* 1(1):10-24, p. 12.

[7] INSULET_00001090–179 at 094 (Insulet Corporation, Form 10-K FYE December 31, 2007, p. 2).

[8] INSULET_00002688–2848 at 781; Zisser, H.C. (2010). The OmniPod Insulin Management System: the Latest
Innovation in Insulin Pump Therapy. *Diabetes Ther* 1(1):10-24, p. 12.

[9] The CE Mark is used to "signify that products sold in the [European Economic Area] have been assessed to meet
high safety, health, and environmental protection requirements." *See* CE marking, europa.eu, accessed on 2023-08-
23 at https://single-market-economy.ec.europa.eu/single-market/ce-marking_en.

[10] INSULET_00002688–2848 at 781.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

Omnipod in Canada.[11] Insulet moved to direct sales in Canada and Europe in 2015 and 2018, respectively.[12]

15.      In 2011, Insulet introduced the Omnipod Eros.[13] Insulet described the Eros as maintaining "all of the features of the original OmniPod System but is approximately one-third smaller in size and one-quarter lighter in weight."[14] Insulet began selling the Eros to new U.S. customers in the first quarter of 2013.[15] It began converting its existing customer base during the second quarter of 2013 and "completed the transition of [its] U.S. customer base to the new OmniPod System as of December 31, 2013."[16]

16.      In 2019, Insulet introduced the Omnipod DASH.[17] The OmniPod DASH replaced the handheld Personal Diabetes Manager ("PDM") utilized by Omnipod Eros with a "Bluetooth enabled Pod and PDM with a color touch screen user interface supported by smartphone connectivity."[18] The Omnipod DASH was introduced to international markets beginning in 2020.[19]

17.      The FDA cleared Insulet's most recent version of Omnipod, the Omnipod 5, in January 2022.[20] Insulet launched its full U.S. market release of the Omnipod 5 in August 2022.[21] In September 2022, Insulet received CE Mark approval.[22] Unlike its predecessor Omnipod products, the Omnipod 5 "is interoperable with a third-party continuous glucose monitor ("CGM") sold separately that obtains glucose values and integrates with the Pod."[23] Following the launch of Omnipod 5 and beginning in 2023, Insulet plans to "phase-out [its] Classic Omnipod product in the U.S."[24]

---

[11] INSULET_00002688–2848 at 781.

[12] INSULET_00002688–2848 at 781–783.

[13] Complaint, p. 16.

[14] INSULET_00001497–641 at 500 (Insulet Corporation, Form 10-K FYE December 31, 2013, p. 1).

[15] INSULET_00001497–641 at 500 (Insulet Corporation, Form 10-K FYE December 31, 2013, p. 1).

[16] INSULET_00001497–641 at 500 (Insulet Corporation, Form 10-K FYE December 31, 2013, p. 1).

[17] Complaint, p. 16; INSULET_00000123–207 at 125 (Insulet Corporation, Form 10-K FYE December 31, 2019, p. 3).

[18] INSULET_00000123–207 at 125 (Insulet Corporation, Form 10-K FYE December 31, 2019, p. 3). *See also* Complaint, p. 16.

[19] INSULET_00000001–00000122 at 004 (Insulet Corporation, Form 10-K FYE December 31, 2022, p. 4).

[20] INSULET_00000001–00000122 at 005 (Insulet Corporation, Form 10-K FYE December 31, 2022, p. 5).

[21] INSULET_00000001–00000122 at 005 (Insulet Corporation, Form 10-K FYE December 31, 2022, p. 5).

[22] INSULET_00000001–00000122 at 005 (Insulet Corporation, Form 10-K FYE December 31, 2022, p. 5).

[23] INSULET_00000001–00000122 at 004 (Insulet Corporation, Form 10-K FYE December 31, 2022, p. 4).

[24] INSULET_00000001–00000122 at 005 (Insulet Corporation, Form 10-K FYE December 31, 2022, p. 5).

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

18.     In 2022, Insulet generated approximately $1.3 billion in total sales globally and approximately $4.6 million in net income.[25] As of June 30, 2023, Insulet reported total debt of approximately $1.4 billion.[26]

### 4.1.2   EOFlow

19.     EOFlow is a medical device company founded in 2011 and headquartered in Seongnam, South Korea.[27] EOFlow develops and sells an external insulin injection device called the EOPatch Insulin Management System.[28]

20.     In September 2017, EOFlow announced the establishment of a wholly-owned U.S. subsidiary, EOFlow, Inc, which was to be "largely responsible for the global marketing operations of the whole EOFLOW."[29]

21.     In December 2017, EOPatch obtained its first regulatory approval from the Korean Ministry of Food and Drug Safety ("MFDS").[30] In July 2019, EOFLow announced that its "improved EOPatch" obtained regulatory approval from the Korean MFDS.[31] In December 2020, EOFLow announced it had received the final report on a post-market clinical study on the EOPatch conducted in Korea.[32] On March 29, 2021, EOFlow officially launched the EOPatch in Korea.[33] In May 2021, EOFlow announced it had obtained the CE Mark for EOPatch.[34]

---

[25] INSULET_00000001–00000122 at 033, 035 (Insulet Corporation, Form 10-K FYE December 31, 2022, pp. 33, 35).

[26] Insulet Corporation, Form 10-Q, August 9, 2023, p. 13.

[27] *See, e.g.*, EOFlow About Us, eoflow.com, accessed 2023-08-24 at http://eoflow.com/eng/about/about_010100.html; EOFlow Locations, eoflow.com, accessed 2023-08-24 at http://eoflow.com/eng/about/about_020100.html.

[28] EOPatch, eoflow.com, accessed 2023-08-24 at http://www.eoflow.com/eng/product/product_intro.html.

[29] EOFlow sets up a US Subsidiary, eoflow.com, 2017-09-04, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=36.

[30] EOPatch Gets its First Regulatory Approval, eoflow.com, 2017-12-18, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=47.

[31] Improved EOPatch is Approved in Korea, eoflow.com, 2019-07-10, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=79.

[32] EOFlow Publishes the Final Report on its First Clinical Trial, eoflow.com, 2020-12-09, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=86.

[33] EOFlow Officially Launches its First Wearable Insulin Pump "EOPatch", eoflow.com, 2021-03-29, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=97.

[34] EOFlow Receives CE Mark for its Innovative Wearable Insulin Pump, eoflow.com, 2021-05-25, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=104.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

22.     In July 2021, EOFlow announced that it established a wholly-owned "wearable pharmaceutical subsidiary" called Pharmeo Inc. to "expand on its wearable drug delivery business" by "creating a new drug-device combination products through drug repositioning and collaboration with other pharma companies developing new drug[s]."[35]

23.     EOFLow also has a US subsidiary called Nephria Bio, Inc. ("Nephria"), which, in 2021, entered into a license agreement with Drexel University and obtained exclusive rights to use MXene nanomaterial for the development of a wearable dialysis system.[36]

24.     Also in 2021, EOFlow formed two joint venture arrangements: one with Sinocare Inc. in China called Sinoflow Co., Ltd. ("Sinoflow") and another with Zihipp, LLC in the U.S. called SanPlena, LLC.

25.     Announced in October 2021, Sinoflow is a joint venture between EOFlow and Sinocare, China's largest diabetes instrument manufacturer, formed to "launch a full-scale effort for clinical study to obtain regulatory approval for EOPatch manufacturing and distribution in China."[37]

26.     According to an October 18, 2022 press release:

> An EOFlow official said, "Sinoflow and EOFlow made an equipment sales agreement last July to ship all equipment within six months, and all shipments were made on Sept. 30, well ahead of the target schedule. The revenue from the export will be recognized in the third quarter."
>
> […]
>
> The EOFlow manufacturing team will set up an EOPatch production line in Sinoflow's manufacturing facility by the end of November [2022]. Sinoflow is currently working on initiating an EOPatch clinical trial in China. After that, registration process of EOPatch with the National Medical Products Administration will follow before selling in China.[38]

---

[35] EOFlow Establishes a Wearable Pharmaceutical Subsidiary 'Pharmeo Inc.' to Expand on its Wearable Drug Delivery Business, eoflow.com, 2021-07-09, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=108.

[36] EOFlow's US Subsidiary Nephria Gets License on New "MXene" Nanomaterial from Drexel University, eoflow.com, 2021-04-29, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=102.

[37] EOFlow and Sinocare Establish a Joint Venture Company, eoflow.com, 2021-10-27, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=120.

[38] EOFlow Exports EOPatch Production Line to Chinese Joint Venture, businesskorea.co.kr, 2022-10-18, accessed 2023-08-24 at https://www.businesskorea.co.kr/news/articleView.html?idxno=102296.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

27.    I am not aware of any evidence that the clinical trials mentioned above have taken place, or that Sinoflow has begun the National Medical Products Administration registration process.[39]

28.    Announced in December 2021, SanPlena is a joint venture between EOFlow and Zihipp, a UK biotech firm spun out from Imperial College London in 2012.[40] The joint venture "will focus on developing a family of gut-hormone analogues that promise rapid and dramatic weight loss without the common side effects seen with other such agents delivered via daily or weekly injection."[41]

29.    According to a February 16, 2023 press release, EOFlow's wholly-owned, U.S.-based subsidiary Pharmeo is working with the SanPlena joint venture:

> Pharmeo said it made progress in the wearable pharmaceutical space through EOFlow's U.S. subsidiary, Sanplena. It completed Phase 1 clinical trials with a drug for obesity and nonalcoholic steatohepatitis (NASH). The company said it plans to conduct additional Phase 1 trials with the EOFlow EOPatch technology in the first half of this year.[42]

30.    In October 2022, EOFlow announced that it would acquire 30% ownership of Ferrex Therapeutics, Inc. ("Ferrex"), a "newly established US biotech venture" that would "focus on developing innovative solutions for treatment of iron overload disorder" utilizing the EOPatch wearable drug delivery system.[43]

31.    In October 2022, EOFlow announced it received certification from the Ministry of Health of Indonesia to commercialize the EOPatch in Indonesia.[44]

---

[39] "The timeframe of China NMPA medical device registration can vary from 12 to 22 months…The NMPA registration process for medical device to obtain approval can be complex. There are hidden bumps and unforeseen challenges." *See* Q&A – China NMPA Registration for Medical Devices and IVDs, chinameddevice.com, accessed 2023-08-24 at https://chinameddevice.com/faq/china-medical-device-registration-questions/.

[40] EOFLow and Zihipp Announce Joint Venture for Development of Innovative Solutions for Treatment of Obesity & NASH, prnewswire.com, 2021-12-28, accessed 2023-08-24 at https://www.prnewswire.com/news-releases/eoflow-and-zihipp-announce-joint-venture-for-development-of-innovative-solutions-for-treatment-of-obesity--nash-301451152.html.

[41] EOFLow and Zihipp Announce Joint Venture for Development of Innovative Solutions for Treatment of Obesity & NASH, prnewswire.com, 2021-12-28, accessed 2023-08-24 at https://www.prnewswire.com/news-releases/eoflow-and-zihipp-announce-joint-venture-for-development-of-innovative-solutions-for-treatment-of-obesity--nash-301451152.html.

[42] EOflow Invests $7.7B in Pharmeo Subsidiary for Non-Insulin Drug Delivery Development, 2023-02-16, accessed 2023-08-24 at https://www.drugdeliverybusiness.com/eoflow-invests-pharmeo-non-insulin-drug-delivery/. Pharmeo is a wholly-owned subsidiary of EOFLow (*see* article).

[43] EOFLow Invests in its US Subsidiary EOFlow, Inc. to Expand its EOPatch Wearable Drug Delivery System Business, eoflow.com, 2022-10-24, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=153. *See also* Complaint, p. 11.

[44] EOFLow Receives Approval for EOPatch Pump in Indonesia, eoflow.com, 2022-10-25, accessed 2023-08-24 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=154.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

32.    On December 27, 2022, EOFlow announced that it submitted a 510(k) application to the U.S. FDA for its wearable disposable insulin pump EOPatch on that date.[45] I understand that EOFlow recently withdrew Section 510(k) submission for the EOPatch and ████████████████████████ ███████████████████████████████.[46]

33.    In March 2023, EOFlow reported full year 2022 revenue of KRW 6.7 billion, operating loss of KRW 34.3 billion, and net loss of KRW 30 billion.[47]

34.    In May 2023, Medtronic plc ("Medtronic") announced that it had entered into a set of definitive agreements for Medtronic to acquire EOFlow for approximately $738 million.[48]

### 4.1.3   Flextronics ("Flex")

35.    Flex Ltd. ("Flex") is a technology, supply chain, and manufacturing solutions provider headquartered in Singapore.[49] Flex's services include design and engineering, component services, rapid prototyping, fulfillment, and circular economy solutions.[50] Flex serves customers in a variety of industries including cloud, communications, enterprise, automotive, industrial, consumer devices, lifestyle, healthcare, and energy.[51]

36.    I understand that "Flex provides design, manufacturing and supply chain services through a network of over 100 locations in approximately 30 countries across four continents."[52] Flex operates a large number of worldwide subsidiaries, including related named defendants in this matter, Flextronics Corporation and Flextronics Medical Sales and Marketing, Ltd.[53]

37.    Flex operates three business segments, as described in the company's 2022 Form 10-K:

> Flex Agility Solutions ("FAS"), which is comprised of the following end
> markets:

---

[45] EOFlow Submits Application to the U.S. FDA for its Wearable Insulin Pump 'EOPatch', eoflow.com, 2022-12-27, accessed 2023-08-23 at http://eoflow.com/eng/news/news_010100.html?bmain=view&uid=161.

[46] Declaration of Jesse Kim, August 25, 2023, pp. 4–5.

[47] EOFlow Reports Full Year 2022 Revenue Increase of 868% Year-Over-Year, eoflow.com, 2023-03-06 at http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=170&ckattempt=1.

[48] Complaint, p. 38.

[49] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 12.

[50] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 3.

[51] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 3.

[52] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 5.

[53] Flex Ltd, Form 10-K, FYE March 31, 2023, Exhibit 21.01.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

- Communications, Enterprise and Cloud ("CEC"), including data infrastructure, edge infrastructure and communications infrastructure
- Lifestyle, including appliances, consumer packaging, floorcare, micro mobility and audio
- Consumer Devices, including mobile and high velocity consumer devices.

Flex Reliability Solutions ("FRS"), which is comprised of the following end markets:

- Automotive, including next generation mobility, autonomous, connectivity, electrification, and smart technologies
- Health Solutions, including medical devices, medical equipment, and drug delivery
- Industrial, including capital equipment, industrial devices, and renewables and grid edge.

Nextracker, the leading provider of intelligent, integrated solar tracker and software solutions that are used in utility-scale and ground-mounted distributed generation solar projects around the world. Nextracker's products enable solar panels to follow the sun's movement across the sky and optimize plant performance.[54]

38.     Flex describes the FRS segment, which includes the Health Solutions end market, as "optimized for longer product lifecycles requiring complex ramps with specialized production models and critical environments."[55] Flex notes that its "customers include many of the world's leading technology, healthcare, automotive, and industrial companies."[56]

39.     Flex reported revenues of $30.3 billion in the fiscal year ended March 31, 2023.[57] As of that date, Flex's total manufacturing capacity was 27 million square feet.[58]

40.     Based on the Complaint in this matter, Insulet and Flex have entered into a number of agreements and amendments thereto since 2007:

Insulet first entered into a "Flextronics Manufacturing Services Agreement" with Flextronics Marketing Ltd. on January 3, 2007 (including First Addendum dated October 2, 2007, the "2007 Flex Agreement").

[...]

---

[54] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 3.

[55] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 4.

[56] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 4.

[57] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 36.

[58] Flex Ltd, Form 10-K, FYE March 31, 2023, p. 36.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

The 2007 Flex Agreement was superseded by a Materials Supplier Agreement between Insulet and Flex MSM dated September 1, 2016 (collectively with First Amendment to Materials Supplier Agreement dated January 1, 2018 and Second Amendment to Materials Supplier Agreement dated October 1, 2020, the "2016 Flex Agreement").

On information and belief, Flex MSM is the successor in interest to Flex Marketing Ltd.

In the 2016 Flex Agreement, Flex MSM executed the 2016 Agreement "on behalf of itself and its worldwide affiliates," with an effective date of September 1, 2016. On information and belief, Defendants Flex and Flex US are and were affiliates of Flex MSM.

Pursuant to the 2007 and 2016 Flex Agreements, Flex eventually became the sole contract manufacturer and supplier to Insulet of Insulet's Omnipod product. Flex remained the sole manufacturer of Omnipod for at least the five-year period prior to June 2019. Since that time, Flex continues to manufacture for Insulet, on a temporary and more limited basis, a non-insulin drug delivery pump based upon the Omnipod product.[59]

41.     Insulet entered into a Transition Services Agreement with Flex MSM on June 30, 2021.[60]

## 4.2   RELEVANT MARKET ECONOMIC OVERVIEW

42.     In the United States, approximately 28 million people have been diagnosed with type 2 diabetes ("T2D") and 1.9 million with type 1 diabetes ("T1D").[61] It has been estimated that approximately 9 million diabetes patients in the U.S. are on insulin therapy.[62]

43.     Diabetics on insulin therapy self-administer insulin using traditional syringes, pen devices, or insulin pumps.[63] Patients may use more than one method of administration, and the choice is generally a matter of personal preference.[64] Insulin administration using injections is referred to as multiple daily insulin injections ("MDII" or "MDI") and the use of an insulin pump is referred to as continuous

---

[59] Complaint, pp. 18–19.

[60] Complaint, p. 20.

[61] INSULET_00002688–2848 at 2693.

[62] Thompson, B. and Cook, C.B. (2019). Insulin Pumping Patches – Emerging Insulin Delivery Systems. *Journal of Diabetes Science and Technology* 13(1)8–10, accessed on 2023-08-24 at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6313284/.

[63] *See, e.g.*, Insulin Delivery, beyondtype1.org, 2016-05-04, accessed 2023-08-24 at https://beyondtype1.org/insulin-delivery/.

[64] *See, e.g.*, Understanding the Insulin Market, americanactionforum.org, 2020-03-03, accessed 2023-08-24 at https://www.americanactionforum.org/research/understanding-the-insulin-market/, "Patient Choice".

subcutaneous insulin infusion ("CSII") or automated insulin delivery ("AID").[65] Traditional insulin pumps are small, computerized devices that deliver fast or short-acting insulin 24 hours a day through a catheter placed under the skin.[66]  Patch pumps, such as the Omnipod and EOPatch, are tubeless, wearable, waterproof insulin pumps that deliver continuous insulin therapy through customizable basal rates and bolus amounts.[67] It has been estimated that approximately ███ of U.S. T1D patients on insulin therapy use an insulin pump.[68]

44.     In addition to insulin delivery, diabetics must also use some means of monitoring their blood glucose level throughout the day. The traditional standard of care for glucose monitoring is commonly referred to as the "finger stick" and involves drawing a small sample of blood using a disposable lancet, applying the blood to a special disposable paper test strip, and inserting the test strip into a small electronic meter for testing and displaying results.[69] The finger stick method is still commonly used by diabetic patients.[70] Newer methods include the continuous glucose monitor ("CGM") and flash glucose monitors ("FGM"), shown and summarized below. These monitors use a sensor applied to the body that transmits blood glucose readings to a separate monitoring device, either continuously for CGMs or on-demand for flash monitors.[71] Many insulin pumps are compatible with FGMs and CGMs.[72] █████ ████████████████████████████████████████████████████████████████[73] The U.S. market for CGMs is dominated by Abbott, followed by Dexcom and Medtronic.[74]

[65] *See, e.g.,* Rosenkoetter, M.M. et al. (2013). CSII and MDII for intensive diabetes management: impact perceptions of older adult patietns and their significant others. *Geriatr Nurs.* 34(6):469–76, Abstract, accessed on 2023-08-24 at https://pubmed.ncbi.nlm.nih.gov/24001427/; What is Automated Insulin Delivery, omnipod.com, accessed 2023-08-24 at https://www.omnipod.com/what-is-omnipod/what-is-pod-therapy/what-is-automated-insulin-delivery.

[66] *See, e.g.*, Insulin Delivery, beyondtype1.org, 2016-05-04, accessed 2023-08-24 at https://beyondtype1.org/insulin-delivery/.

[67] *See, e.g.*, Insulin Delivery, beyondtype1.org, 2016-05-04, accessed 2023-08-24 at https://beyondtype1.org/insulin-delivery/.

[68] *See, e.g.*, INSULET_00002688–2848 at 2695.

[69] Blood Glucose Meter Rundown, beyondtype1.org, 2016-03-30, accessed 2023-08-24 at https://beyondtype1.org/blood-glucose-meter-rundown/.

[70] *See, e.g.*, Blood Sugar Monitoring, clevelandclinic.org, accessed on 2023-08-24 at https://my.clevelandclinic.org/health/treatments/17956-blood-sugar-monitoring.

[71] INSULET_00002688–2848 at 2769.

[72] *See, e.g.*, INSULET_00002688–2848 at 2722, noting that the Omnipod and Tandem insulin pumps rely on Dexcom CGMs, and that Medtronic was the "first company to introduce a CGM and sensor-augmented pump." *See also* 2723, 2743.

[73] INSULET_00002688–2848 at 2696.

[74] INSULET_00002688–2848 at 2728, 2730, and 2733.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY



45.     Medicare, Medicaid, and private insurance companies typically cover insulin as well as diabetes equipment and supplies to varying degrees and depending on the patient's deductible.[76] For example, with Medicare, patients typically pay a co-pay, and the payer reimburses the manufacturer a negotiated amount.[77]

### 4.2.1   Insulin Pumps

46.     A 2023 market study by ███████████████████████████████████████████████████████████████████, including both T1D and T2D patients.[78]

---

[75] INSULET_00002688–2848 at 2769.

[76] *See, e.g.,* Privately Insured Individuals with Diabetes Spend Twice as Much Out-of-Pocket on Health Care as those without Diabetes, healthcostinstitue.org, 2022-07-13, accessed 2023-08-24 at https://healthcostinstitute.org/diabetes-and-insulin/privately-insured-individuals-with-diabetes-have-double-the-out-of-pocket-spending-on-health-care-than-those-without-diabetes; Chua, K. et al. (2020). Out-of-Pocket Spending for Insulin, Diabetes-Related Supplies, and Other Health Care Services Among Privately Insured US Patients with Type 1 Diabetes. *JAMA Intern Med* 180(7):1012–1014, accessed on 2023-08-24 at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7265118/?report=printable.

[77] *See, e.g.*, Medicare Coverage of Diabetes Supplies, Services, & Prevention Programs, medicare.gov, accessed on 2023-08-23 at https://www.medicare.gov/publications/11022-medicare-coverage-of-diabetes-supplies.pdf at pp. 6–8.

[78] INSULET_00002688–2848 at 2719.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY



47.     There are currently three main competitors for sales of insulin pumps in the U.S.: Tandem, Insulet, and Medtronic.[80] Insulet currently offers the only tubeless patch pump in the U.S. that can deliver both basal and bolus doses of insulin.  Bolus-only patch pumps are available in the U.S. from MannKind/Zealand Pharma ("V-Go") and CeQur ("Simplicity").[81]

---

[79] INSULET_00002688–2848 at 2719. *See also, e.g.*, 2701.

[80] INSULET_00002688–2848 at 2701, 2716, 2722.

[81] INSULET_00002688–2848 at 2716; s*ee also, e.g.*, CeQur Simplicity, diabetes.org, accessed on 2023-08-24 at https://consumerguide.diabetes.org/products/cequr-simplicity; V-Go, diabetes.org, accessed on 2023-08-24 at https://consumerguide.diabetes.org/products/v-go.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY



## 4.3   ACCUSED PRODUCT

48.     EOFlow's EOPatch is a 3.5-day, disposable insulin delivery patch.[83]  EOPatch can deliver both
basal and bolus doses of insulin.[84] The controller monitors and controls insulin delivery via the EOPatch.

49.     EOFlow provides two controller options:

- Advanced Diabetes Manager ("ADM"): "a smartphone-like controller with a color touch
  screen";[85] and

- Narsha: a smartphone application which can be paired with a CGM, used to control the
  EOPatch via Bluetooth communication."[86]

50.     There are several important differences between Omnipod and EOPatch:

---

[82] INSULET_00002688–2848 at 2722.

[83] EOPatch Product, eoflow.com, accessed on 2023-08-24 at
http://www.eoflow.com/eng/product/product_010100.html?ckattempt=1.

[84] EOPatch Product, eoflow.com, accessed on 2023-08-24 at
http://www.eoflow.com/eng/product/product_010100.html?ckattempt=1.

[85] ADM - EOPatch Controller, eopatch.com, accessed on 2023-08-24 at
https://www.eopatch.com/eng/product/controller__adm.html.

[86] Narsha - EOPatch Controller, eopatch.com, accessed on 2023-08-24 at
https://www.eopatch.com/eng/product/controller__narsha.html.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

- **Different cannula length**: EOPatch uses a shorter cannula (4.75mm[87]) than Omnipod (6.5mm[88]).

- **Different actuator**: Omnipod uses a shape memory alloy mechanism, whereas EOPatch uses an electroosmotic pump.[89]

    The motor mechanism is different from that of actuation of the Omnipod, which is a shape memory alloy. The EOPatch uses an electroosmotic pump that allows precise automatic insulin delivery using electrochemistry, which allows a more compact size and enables correct insulin delivery capacity with less noise and heat than existing pumps.[90]

- **Different wear time**: EOPatch may be worn for 3.5 days, whereas Omnipod may be worn for 3 days. It is my understanding that an increase in wear time may improve patient compliance and reduce both patient and payer costs.  A study of EOPatch use indicated a lower cost burden:[91]

    EOPatch usage time is 3.5 days compared to 3 days for the Omnipod. In this study, 71.4% of patch pumps were used for more than 72 hours, and median patch usage time was 84 hours. Based on that, the cost burden should be decrease and allow patients to replace the pump only twice per week with regular usage.[92]

## 4.4   IRREPARABLE HARM

51.   I understand that in most cases irreparable harm must be shown to award a preliminary injunction or temporary restraining order. In the trade secret context, I understand that irreparable harm requires an actual, imminent, and substantial injury, and that there must be a causal connection between that injury

---

[87] EOPatch Product, eoflow.com, accessed on 2023-08-24 at http://www.eoflow.com/eng/product/product_010100.html?ckattempt=1.

[88] Omnipod DASH HCP Resource Guide, omnipod.com, accessed on 2023-08-25 at https://www.omnipod.com/sites/default/files/2021-08/AU%20Omnipod%20DASH%20HCP%20Resource%20GuideINS-ODS-07-2021-00005.pdf at p. 3.

[89] Exhibit 8 – EOFlow Investors Relations_MAY2021, p. 14. *See also* Park J. et al. (2022). A 4-Week, Two-Center, Open-Label, Single-Arm Study to Evaluate the Safety and Efficacy of EOPatch in Well-Controlled Type 1 Diabetes Mellitus. *Diabetes & Metabolism Journal*, 46(6):941-947, accessed on 2023-08-25 at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9723198/.

[90] Park J. et al. (2022). A 4-Week, Two-Center, Open-Label, Single-Arm Study to Evaluate the Safety and Efficacy of EOPatch in Well-Controlled Type 1 Diabetes Mellitus. *Diabetes & Metabolism Journal*, 46(6):941-947, accessed on 2023-08-25 at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9723198/, internal citations omitted.

[91] Exhibit 8 – EOFlow Investors Relations_MAY2021, p. 19.

[92] Park J. et al. (2022). A 4-Week, Two-Center, Open-Label, Single-Arm Study to Evaluate the Safety and Efficacy of EOPatch in Well-Controlled Type 1 Diabetes Mellitus. *Diabetes & Metabolism Journal*, 46(6):941-947, accessed on 2023-08-25 at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9723198/, internal citations omitted.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

and an act of misappropriation.  I understand that speculative harm is generally not considered legally sufficient. I further understand that irreparable harm exists only where traditional legal remedies, *e.g.*, money damages, are inadequate.

## 5.   COMMENTS ON THE MCLEAN DECLARATION

52.    In the following sections I first provide an overview of Mr. McLean's opinions and then discuss major flaws in his work.  Due to the limited time available to reply to Mr. McLean's declaration, I have not included all of my criticisms of his opinions but have focused on several important issues.

### 5.1   OVERVIEW OF THE MCLEAN DECLARATION

53.    Mr. McLean states his understanding of the requested injunction from the complaint as:

> I understand that, accordingly, Insulet has requested 21 sets of reliefs, including to "[preliminarily] and permanently enjoin all Defendants from marketing and selling any products containing, incorporating, or derived from Insulet's confidential and trade secret information and from using, copying, retaining, or further disclosing any of Insulet's confidential trade secret information." … I understand that, as such, Insulet's request for injunctive relief also relates to information sharing by EOFlow with Medtronic as it pertains to Medtronic's acquisition.[93]

54.    I note that Mr. McLean's understanding of the requested injunction is out of date.  The motion brought by Insulet does not request an injunction on "…marketing and selling any products…"[94]  That request was put forward in the complaint, as cited by Mr. McLean, but was not part of the actual motion.[95]

55.    Mr. McLean's declaration focuses on the injunction requested by Insulet's motion:

> …whether, absent the requested injunction(s), Insulet will be irreparably harmed by EOFlow's impending or continuing disclosure of information related to the Asserted Trade Secrets to Medtronic (and the resulting Medtronic access to, and the associated review and assessment of, the Asserted Trade Secrets) or through EOFlow's potential disclosure of the Asserted Trade Secrets information in its joint venture ("JV") business arrangements with other parties.[96]

56.    Mr. McLean summarizes his conclusions as:

> My review and analysis of the available evidence to date suggests that

---

[93] McLean Declaration, ¶2 (internal footnotes omitted).

[94] McLean Declaration, ¶2.

[95] McLean Declaration, ¶2, footnote 12; *see also* the Motion.

[96] McLean Declaration, ¶3.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

- Insulet has made substantial investments developing its products and proprietary intellectual property ("IP"), including the Asserted Trade Secrets;
- The Asserted Trade Secrets are a critical competitive advantage for Insulet and enable Insulet's scale manufacturing of insulin patch pumps and the safe and reliable operation of Insulet's Omnipod;
- Medtronic's acquisition is primarily driven by obtaining EOFlow's manufacturing ability enabled by the Asserted Trade Secrets;
- Information transfers, such as those from EOFlow in Medtronic's acquisition or in joint venture arrangements, can subject trade secrets and trade secrets owners to substantial disclosure risks;
- Insulet could not and cannot shield the Asserted Trade Secrets from risks in the Medtronic acquisition due diligence or in EOFlow's joint ventures;
- Medtronic's access to the Asserted Trade Secrets diminishes and / or neutralizes competitive advantages of Insulet; and
- Medtronic is substantially well-resourced operationally and financially.

Substantial evidence suggests that, absent the requested injunctive relief, Insulet will be irreparably harmed if EOFlow's impending or continuing disclosure of the Asserted Trade Secrets information to Medtronic (and the resulting Medtronic access to, and its associated review and assessment of, the Asserted Trade Secrets) and EOFlow's JV partners remains unchecked. It will be extremely difficult, if not impossible, to *fully* quantify, to a reasonable degree of economic certainty, the extent of the harm incurred on Insulet caused by EOFlow's disclosure of information on the Asserted Trade Secrets.[97]

57.     In the following sections, I describe the flaws in Mr. McLean's analysis and opinions.

## 5.2  NO IDENTIFIED HARM

58.     Mr. McLean has not identified any tangible harm that might be suffered by Insulet absent the requested injunction.  Mr. McLean has not even speculated about losses that Insulet might incur.

59.     Mr. McLean does not offer any opinion that an injunction is necessary to prevent Insulet from losing any sales, market share or profits.  Nor does Mr. McLean opine that an injunction is necessary for Insulet to protect its reputation, goodwill or market position.

60.     In fact, as I discuss in Section 5.6 below, analysts that follow Insulet's stock do not predict any near- or medium-term harm to Insulet from Medtronic's acquisition of EOFlow.

---

[97] McLean Declaration, ¶¶10–11.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

61.    If there is no identifiable harm to Insulet from Medtronic's acquisition of EOFlow, I do not believe that there can be any irreparable harm arising from the potential disclosure of "… product or manufacturing technical information related to the EOPatch or Omnipod products..."[98]

## 5.3    NO IMMINENT HARM

62.    Mr. McLean opines that:

> Medtronic's access to, and the associated review and assessment of, the Asserted Trade Secrets diminishes competitive advantages of Insulet; it will be exceptionally difficult, if not impossible, to fully assess the extent, timing, duration, and manner in which Medtronic would use the Asserted Trade Secrets.[99]

63.    As a starting point, it is entirely unclear how Medtronic's access to and review of the alleged trade secrets would diminish any lawful competitive advantages of Insulet.  This is an unsupported assertion.

64.    This statement amounts to an admission by Mr. McLean that Insulet is not going to be actually harmed in the near term by any possible sharing of technical information within the Medtronic and EOFlow collaboration.  For Insulet to be harmed by the disclosure of the trade secrets, Medtronic would first have to start selling a device based on those trade secrets.  However, I understand that EOFlow has withdrawn its 510(k) application to sell the EOPatch in the United States.[100]  Thus, while Medtronic and EOFlow might have future plans to sell a patch pump in the United States, that cannot happen imminently.  As for sales abroad, I understand EOFlow has already been conducting such sales for years.[101]

65.    The process for selling a new insulin pump in the United States requires a publicly disclosed request to the FDA to approve the device followed by some months in which the FDA considers that request.  The FDA approval process is described in a report cited by Mr. McLean as:[102]

---

[98] *See* the Motion.

[99] McLean Declaration, ¶49f.

[100] Declaration of Jesse Kim, August 25, 2023, pp. 4–5.

[101] I am not aware of any evidence that Medtronic is intending to sell patch pumps based on the EOFlow technology into countries outside the United States in which EOFlow is not already selling.

[102] INSULET_00002688–2848 at 2812.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

66.     Once FDA approval is received, commercial sales do not happen immediately.  For example, Mr. McLean describes the expected timeline for the release of Insulet's newest product, the OmniPod Go:

> In April 2023, Insulet received FDA "clearance for Omnipod GO," its "basal-only Pod for individuals with type 2 diabetes age 18 or older who require insulin."  … As of mid-2023, Insulet expects to begin the "commercial pilot program in the U.S. for Omnipod GO soon, followed by a full commercial launch in 2024."[103]

67.     Thus, Insulet expects to take approximately one year after receiving FDA approval to get to "full commercial launch."  This timeline is similar to the one described for the Omnipod Eros.[104]

68.     I have not been able to discern the possible timelines for launch of products being developed by EOFlow's joint ventures.  The joint venture that appears to be closest to commercialization is SinoFlow – which would effectively allow EOFlow to start selling in an additional country.  The other joint ventures appear to be further from commercial sales and will likely have similar timelines and public notice requirements.

69.     As a result, any possible harm to Insulet from the release of products incorporating the alleged trade secrets will be preceded by public notice well in advance of any commercial sales of the product.

## 5.4   ANY HARM IS QUANTIFIABLE

70.     Unlike patents, trade secret technologies can generally be independently developed.  As described in the Litigation Services Handbook:

> Remedies available to the owner in a trade secrets case resemble those available in other nonpatent intellectual property actions and include injunction, recovery of damages, and disgorgement of the infringer's gains. Unlike copyright and Lanham Act cases, however, trade secret cases rarely result in perpetual injunction because many courts presume that others could and would independently develop the secret information. Courts can accommodate this presumption while protecting the rights of the secret's owner by preventing use

---

[103] McLean Declaration, ¶37 (internal footnotes omitted).

[104] §4.1.1

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

of the information for the length of time the usurpers would have needed to develop the information using available information and art.[105]

71.     Thus, the presumption is that a competitor would be able to develop a product similar to Insulet's. However, it is presumed that it would take longer to develop the product without access to any alleged trade secrets.  In particular and in this case, the designs and materials used in Insulet's products are obtainable through reverse engineering.[106]  Thus, Insulet's product designs are "observable" and are, therefore, available for EOFlow, Medtronic and other firms to imitate. [107]

72.     For example, a 2010 paper published in the journal Diabetes Therapy included a detailed technical description of the construction of the Omnipod along with the following diagrams:[108]



Figure 2. Schematic of the OmniPod motor mechanism, featuring shape memory alloy (SMA) wire.

Ratchet

Plunger

Reservoir

SMA wire

Hook



Figure 3. A look under the hood, featuring core components of the OnmiPod.

73.     Similarly, a 2017 paper by S. Skorobogatov also includes a detailed teardown of the Omnipod:[109]

---

[105] Weil, R., Lentz, D. Evans, E., *Litigation Services Handbook: The Role of the Financial Expert*, 6th Ed., John Wiley & Sons, 2017, §19.7(a).

[106] I also understand that some of Insulet's technology is patented and would not be susceptible to reverse engineering, however, the injunction deals only with the alleged trade secrets.

[107] "Much technology is (publicly) observable once sold.  A new CT scanner, laser printer, or microprocessor is available for conceptual imitation and reverse engineering once it has been introduced into the market." *See* Teece,D., "The Knowledge Economy and Intellectual Capital Management", p 14. in *Managing Intellectual Capital: Organizational, Strategic and Policy Dimensions*, edited by David J. Teece, Oxford University Press, 2000.

[108] Zisser, H. (2010). The OmniPod Insulin Management System: the Latest Innovation in Insulin Pump Therapy. *Diabetes Ther* 1(1):10-24, pp. 13-14.

[109] Deep dip teardown of tubeless insulin pump, arxiv.org, accessed on 2023-08-23 at https://arxiv.org/ftp/arxiv/papers/1709/1709.06026.pdf at p. 2.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY



Fig. 3.  Pod with its cover and base detached.

74.    The harm to Insulet from the alleged misappropriation of trade secrets can, therefore, be measured in terms of the value of a head start in the market. [110]  The value of a head start is essentially the time value of money.  The amount of any head start is the time to develop any non-observable, trade-secret technology without access to the alleged trade secrets.  Any advantage to a competitor from using the alleged trade secrets is not enabling a product launch, *per se*, but would, if anything, come from launching a product sooner than it otherwise would have.  Conversely, the harm to Insulet is not all of the harm it might suffer from another company selling a product, it is the harm that is suffered due to another company selling a product sooner. [111]

75.    In summary, the harm to Insulet from any accelerated market entry is quantifiable by the difference in the present value of Insulet's profits from any competing product coming to market sooner rather than later.

## 5.5  MEDTRONIC'S MOTIVATIONS

76.    Mr. McLean offers his opinion that:

> Medtronic's acquisition is primarily driven by obtaining EOFlow's
> manufacturing ability enabled by the Asserted Trade Secrets[112]

77.    Mr. McLean also states that:

> Mr. Ali Dianaty, Senior Vice President of Diabetes Product Innovation and
> Operations at Medtronic, noted that Medtronic is "intending to integrate

---

[110] Weil, R., Lentz, D. Evans, E., *Litigation Services Handbook: The Role of the Financial Expert*, 6th Ed., John Wiley & Sons, 2017, §19, Appendix.

[111] This assumes that any product launched by Medtronic is commercially successful.

[112] McLean Declaration, ¶10.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

> [Medtronic's algorithm] into the EOFlow patch pump [and] bring all of these algorithm advancements and sensor advancements into a system and have a patch pump for folks in the marketplace in the not so distant future." Indeed, according to Ms. Dallara of Medtronic, Medtronic would "compete head to head" with Insulet.[113]

78.    As a starting point, Mr. McLean does not apparently have any specialized knowledge or expertise that would allow him to talk for Medtronic about Medtronic's motivation for any acquisition.  His analysis consists of providing quotes he feels support his opinion without putting them into any context – context that is particularly necessary to describe access to the trade secrets as a "primary" motivation.

79.    Further, he mischaracterizes Ms. Dallara's comment about head to head competition.  He takes her remarks out of context to insinuate that Medtronic's acquisition of EOFlow would allow Medtronic to compete head to head with Insulet.  However, Ms. Dallara's comment was that Medtronic was already competing "head to head" with Insulet – the head to head competition was not dependent on the EOFlow acquisition.  The full context of Ms. Dallara's comment is provided below:

> What we did was this data is from the second half of calendar year '22. It's Q&A data. And we looked at six countries where we compete head to head with Tandem and Insulet. And our share of the new pump starts is 40%, which I believe is the leading share position in those competitive markets.[114]

80.    In summary, Mr. McLean is outside of his area of expertise and speculating as to a primary motivation for the acquisition.

## 5.6    STOCK MARKET RETURNS

81.    Mr. McLean asserts that his review of stock prices and analyst commentary indicates that:

> As noted above, BTIG, a medical technology equity research provider noted upon Medtronic's announcement of the EOFlow acquisition that "Insulet shares [traded] down nearly 8% in intraday trading," despite the fact that the capital market may have considered Medtronic's acquisition already a "known risk" prior to the announcement.
> …
> [R]eactions from the capital market since Medtronic's announcement suggests that the harm to Insulet can be much more substantial, the extent of which will be difficult, if not impossible, to fully quantify to a reasonable degree of economic certainty.  Since the announcement of the acquisition, the capital market appears to have reacted as if Insulet would begin to face substantially more headwind and competitive pressure. As illustrated in Figure 4 below,

---

[113] McLean Declaration, ¶79 (internal footnotes omitted).

[114] INSULET_00002185–216 at 192.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

Insulet's stock price has substantially decreased since May 24, 2023, the last
day before the acquisition announcement by Medtronic.[115]

82.    A brief review of the evidence makes it clear that Mr. McLean has selectively quoted from the documents and asserted a causal relationship between the announcement of the acquisition and Insulet's stock price and future prospects where none appears to exist.

83.    Mr. McLean implicitly assumes that Insulet's stock was appropriately valued in early May of 2023 and any subsequent declines are unwarranted and due to "competitive pressure."  However, it is worth noting that Insulet's stock was trading at a price-to-earnings ratio (PE) of 324 and a price-to-sales ratio (PS) of 13.8 on June 30, 2023.[116]  This is in contrast to PE and PS for the overall NASDAQ of 22 and 4.5 on June 30, 2023.[117]

84.    As shown in the figure below, Insulet's stock price – as well as Medtronic's – dipped the first trading day after the U.S. announcement of the EOFlow acquisition:

---

[115] McLean Declaration, ¶¶88–89.

[116] Insulet PE Ratio 2010-2023, macrotrends.net, accessed 2023-08-24 at https://www.macrotrends.net/stocks/charts/PODD/insulet/pe-ratio; Insulet Price to Sales Ratio 2010-2023, macrotrends.net, accessed 2023-08-24 at https://www.macrotrends.net/stocks/charts/PODD/insulet/price-sales.

[117] Nasdaq PE Ratio 2010-2023, macrotrends.net, accessed 08-24-2023 at https://www.macrotrends.net/stocks/charts/NDAQ/nasdaq/pe-ratio; Nasdaq Price to Sales Ratio 2010-2023, macrotrends.net, accessed 2023-08-24 at https://www.macrotrends.net/stocks/charts/NDAQ/nasdaq/price-sales.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

**Figure 4: Insulet and Medtronic Stock Prices[118]**



85.    The fact that both stocks declined on the same day indicates that the market did not view the acquisition of EOFlow as representing a significant change in the competitive positions of Medtronic and Insulet.

86.    In fact, analysts covering Insulet's stock expressed surprise at the dip and did not indicate that the EOFlow acquisition posed any real risk to Insulet:

> The [acquisition announcement] is not a major surprise, since Korean media outlets reported in February 2023 that MDT was considering a purchase of the company. We are somewhat perplexed to see Insulet shares down nearly 8% in intraday trading, since we thought this was a known risk and expected competitive noise. We think this is an overreaction… We reiterate our Buy rating and $355 PT based on 13x our 12-24 month sales estimate.[119]

> This morning, MDT announced that it would acquire EO Flow, which sells a tubeless insulin pump. The product is fully launched in five countries at the moment (and has reimbursement available in seven), with more geographies coming this year. We know the U.S. is an area of expansion they were planning for here in '23…Overall, we anticipate some concern about the impact of EO

---

[118] Exhibit DGK-3. Price Charts.

[119] INSULET_00000815–820 dated May 25, 2023 at 815.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

> Patch on PODD's growth outlook from investors but, in the near term, we do
> not believe it will hurt them much, if at all. We remain OW rated on the
> name.[120]

> In the near and medium term, we do not expect the announcement to have an
> impact on Insulet. The company is seeing strong momentum with the Omnipod
> 5 launch, and with long-term catalysts…We rate the stock Outperform.[121]

87.     The subsequent declines in Insulet's stock price appear to be largely driven by alternative
technologies for controlling diabetes.  For example, on June 24, Novo Nordisk announced the success of a
weekly insulin injection.[122]  Then on August 8, Novo Nordisk also announced the results of a trial of
Wegovy that put further pressure on traditional diabetes companies.[123]  As described in the Wall Street
Journal:

> [A]fter a study was released this month showing Novo Nordisk's Wegovy (the
> weight-loss version of Ozempic) helped reduce heart attacks and strokes,
> companies that make medical devices like glucose-monitoring systems and
> sleep-apnea machines plunged in value...People on drugs like Wegovy are less
> likely to crave Krispy Kremes. And if they stay on the drug for years (unlikely
> at this stage due to restrictions on most insurance plans), their weight loss could
> help prevent all sorts of complications, like Type 2 diabetes. That could in turn
> mean fewer sales of things like insulin pumps and sleep apnea
> machines...Shares of Inspire, a maker of sleep-apnea machines, and Insulet,
> which makes insulin pumps, are both down sharply in recent weeks. Larger
> medical-device companies that compete in those areas but are more diversified,
> such as Abbott and Zimmer Biomet, were down more moderately. Investors
> may have also taken some profits after medical-device companies soared earlier
> this year when surgical-procedure volumes bounced back from Covid-19
> disruptions.[124]

88.     As shown in the chart below, the shares of Insulet declined 8.6% on the day Novo Nordisk
announced the results of its Wegovy trial – and continued to trend down thereafter.

---

[120] Piper Sandler, "Insulet Corporation (PODD) MDT Acquiring EO Flow, Competitor to PODD but Unlikely a NT
Threat", May 25, 2023.

[121] William Blair, "Insulet Corporation Medtronic's EOflow Acquisition Not a Thesis-Changer for Insulet's
Omnipod", May 25, 2023.

[122] New data show once-weekly insulin icodec met additional endpoints in adults with type 2 diabetes in phase 3a
trials, prnewswire.com, 2023-06-24 at https://www.prnewswire.com/news-releases/new-data-show-once-weekly-
insulin-icodec-met-additional-endpoints-in-adults-with-type-2-diabetes-in-phase-3a-trials-301862521.html.

[123] Novo's Wegovy shows heart benefit alongside weight loss in trial, reuters.com, 2023-08-08 at
https://www.reuters.com/business/healthcare-pharmaceuticals/novos-weight-loss-drug-wegovy-cuts-risk-heart-
disease-by-20-trial-data-2023-08-08/.

[124] The Ozempic Craze Could Put These Companies on a Crash Diet, wsj.com, 2023-08-18 at
https://www.wsj.com/health/healthcare/ozempic-mounjaro-wegovy-eli-lilly-novo-nordisk-stock-87d9d1d6.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

**Figure 5: Insulet Stock Price[125]**



89.    I note that the prices of Tandem Diabetes Care (TNDM) and Medtronic also fell on August 8, 2023.[126]

90.    In summary, a review of the evidence indicates that, while the price of Insulet stock declined on the same day that the EOFlow acquisition was announced in the U.S., analysts were surprised by the decline and did not believe that it was warranted.  Additionally, analysts did not believe that the acquisition would have near or medium term effects on Insulet.  The longer-term decline in Insulet's stock price appears to be driven by overall industry trends as promising new therapies come to market.

## 6.  JOINT VENTURES

91.    The requested injunction applies not only to Medtronic, but also to the transfer of product designs and other technical information to EOFlow's joint ventures.[127]  The joint ventures – Sinoflow and

---

[125] Exhibit DGK-3. Price Charts.

[126] Exhibit DGK-3. Price Charts.

[127] *See* the Motion.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

SanPlena – were formed in 2021.  It is entirely unclear whether the proposed injunctions – almost two years after the formation of the joint ventures – are timely or would have any effect.[128]

## 7.   BALANCE OF HARDSHIPS

92.    The requested injunction provides no tangible benefit to Insulet.  Based on the lack of any identified tangible harm to Insulet and the opinion of analysts that the proposed merger has no near- or medium-term effects on Insulet's prospects, the proposed injunction does not appear to substantively benefit Insulet.

93.    On the other hand, the proposed injunction has the potential to disrupt or delay the acquisition of EOFlow – to the detriment of EOFlow, Medtronic, and potentially the public.  Developing new medical devices is expensive.[129]  I understand that the acquisition by Medtronic includes a substantial investment into EOFlow.  Delaying or disrupting the acquisition will deprive EOFlow of cash to continue to develop and grow its products and business.

94.    As a result, the balance is between no identifiable tangible harm to Insulet and the potential for immediate harm to EOFlow.

## 8.   PUBLIC INTEREST

95.    The public has an interest in access to improved technologies for insulin and other drug delivery. The current EOPatch is different from the Omnipod, and any future product that might be released based on the EOPatch may include other features not present in the Omnipod and may be priced differently than the Omnipod.[130]  As a general matter, more choices and more competition benefit consumers.  The requested injunction on disclosing "product or manufacturing technical information related to the EOPatch or Omnipod products" has the potential to delay the launch of new products related to insulin delivery or, in the case of SanPlena, delay the launch of new products targeted toward delivery of other drugs. Such a delay would slow innovation in drug delivery devices and harm the public interest.

---

[128] Mr. McLean asserts, without any substantive analysis that "Similarly, my analysis also suggests that Insulet will be irreparably harmed if EOFlow discloses information related to the Asserted Trade Secrets in its JV business arrangements."  McLean Declaration, ¶49, footnote 139.

[129] Guide to Financing and Raising Capital for Your Medical Equipment Manufacturing Business, finmodelslab.com, accessed 08-25-2023 at https://finmodelslab.com/blogs/rising-capital/medical-equipment-manufacturing-rising-capital.

[130] §4.3; Exhibit 8 – EOFLOW Investors Relations_MAY2021, p. 19.

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

## 9. SIGNATURE

I certify that, to the best of my knowledge and belief:

- The statements of fact in this report are true and correct.

- The reported analyses, opinions and conclusions are limited only by the reported assumptions and are my personal, unbiased and professional analyses, opinions and conclusions.

- I have no personal interest or bias with respect to the parties involved.

- My compensation is not contingent on an action or event resulting from the analyses, conclusions or opinions of this report.

Douglas G. Kidder                                    August 25, 2023

30

# Exhibit  1

# Douglas G. Kidder

510.899.7183 (office)
(510) 610-0325 (cell)
dkidder@oskr.com

---

**CURRENT EMPLOYMENT**

| | | | |
|---|---|---|---|
| 2008 - Present | **Managing Partner** | **OSKR, LLC** | **Emeryville, CA** |

Patent valuation and business strategy expert with over 25 years of experience analyzing patents, business opportunities and risks.  Consult for clients on complex damages and licensing issues with a particular focus on technology companies.  www.oskr.com

**PRIOR EXPERIENCE**

| | | | |
|---|---|---|---|
| 2014 – 2020 | **Adjunct Professor** | **Golden Gate University** | **San Francisco, CA** |

Taught a graduate-level course in the School of Accounting on damages.

| | | | |
|---|---|---|---|
| 2001 – 2007 | **Principal** | **LECG, LLC** | **Emeryville, CA** |
| 1997 – 1999 | | | |

Primarily consulted for companies on damages issues arising from allegations of antitrust and intellectual property infringement.

2005     **Office Director**

Responsible for the operations of a 90-person office including reviews, hiring, firing, promotions, morale and general administration.

2001 - 2005     **Special Assistant to the Chairman, Strategy**

Advised the Chairman on corporate acquisitions and general strategic direction.

| | | | |
|---|---|---|---|
| 2000 - 2001 | **Managing Director** | **SCIENT** | **San Francisco, CA** |

Joined corporate strategy group to help design and implement a turn-around for this Internet consulting firm.  Responsible for company organizational transition.

| | | | |
|---|---|---|---|
| 1999 - 2000 | **VP Operations** | **KENAMEA** | **San Francisco, CA** |

Helped develop strategy and business plan for an Internet software startup. Managed the operations of the company as we grew from 4 to 25 people.

| | | | |
|---|---|---|---|
| 1996 - 1997 | **Principal** | **MANAGEMENT RESOURCES** | **Berkeley, CA** |

Independent consultant performing due diligence and analyses of startup high-tech business opportunities.

| | | | |
|---|---|---|---|
| 1995 – 1996 | **Vice President Business Development** | **WALT DISNEY IMAGINEERING** | **Glendale, CA** |

Evaluated new business ideas for WDI including creative concepts and technology initiatives.

| | | | |
|---|---|---|---|
| 1993 - 1995 | **Director** | **VALSPAR** | **Chicago, IL** |

Managed the production planning, distribution and I/T functions for the $200 million Consumer Paint Division.

| | | | |
|---|---|---|---|
| 1992-1993 | **Senior Associate** | **BOOZ, ALLEN** | **San Francisco, CA** |
| 1990-1991 | **Associate** | | |
| 1987-1989 | **Analyst** | | |

Performed general business strategy and organization assignments across a wide range of industries.  Exceptional (second in the history of the firm) promotion granted from Analyst to Associate waiving the usual requirement for an MBA.

| 1984 - 1986 | **Lecturer** | **UC BERKELEY** | **Berkeley, CA** |

Taught an introductory computer science class.

| 1986 | **Chief Engineer** | **WINDWARD YACHTS** | **Oakland, CA** |

Responsible for the detailed design of custom yachts.

## OTHER BUSINESS EXPERIENCE

| 2013 – Present | **Naval Architect** | | **Berkeley, CA** |

Design custom rowing shells for open water.

| 2001 - 2013 | **President** | **MAAS BOAT COMPANY** | **Richmond, CA** |

Purchased, managed and sold a company that manufactures and sells open water rowing shells in the U.S. and around the world.  Primary responsibilities were design, management, marketing, finance, and license negotiation.

| 2008 – 2012 | **President** | **NAOWRC, Inc.** | **Richmond, CA** |

Created a national championship for open water rowing that brought together rowers from around the U.S. and the world.

| 2004 – 2011 | **President** | **KIDDER RACING** | **Richmond, CA** |

Developed design brief for an innovative one-person sailing skiff. Founded company and was responsible for final design, strategy, marketing and finance.

**Board Positions**

Skyflow Inc. (former), NextWindow (former), Hero Arts (Advisory Board, former),Trade New Zealand (Advisory Board, former), Berkeley Rowing Club (former)

**Other**

Member of the Licensing Executives Society

Member of the National Associate of Business Economists

Member of The Sedona Conference

Participant in the Stanford IP Roundtable

Booz, Allen & Hamilton Professional Excellence Award

Outstanding Graduate Student Instructor Award

Significant experience evaluating new businesses.

## EDUCATION

| 1986 | M.Sc., University of California at Berkeley |
| 1983 | B.A. with Honors, Amherst College |

Elected to Sigma Xi, National Scientific Honor Society

## PUBLICATIONS & PRESENTATIONS

"Are Patents Really Options?", *les Nouvelles Journal of the Licensing Executives Society*, V. 38(4), December 2003.

"Most Favored Licensee Clauses: Draining the Swamp" presentation at *Advanced Topics in IP Valuation* to the Intellectual Property Society, July 2004.

"Reasonable Royalties by the New Rules", *Dunn on Damages*, Summer 2011.

"Infringer's Profits Should Not Be the Focus of Patent Damages Cases", *Dunn on Damages*, Fall 2011.

"Simply Wrong: The 25% Rule Examined", *les Nouvelles Journal of the Licensing Executives Society*, December, 2011.

"For Want of Damages the Case was Tossed:  Judge Posner's Ruling in Apple v. Motorola", *Dunn on Damages*, Fall 2012.

"Nash Bargaining and Patent Damages", *les Nouvelles Journal of the Licensing Executives Society*, March 2014.

"Lump Sums, Running Royalties and Real Options", *les Nouvelles Journal of the Licensing Executives Society*, December 2015.

**Litigation Experience**

*Ossur Holdings Inc. and Generation II USA, Inc., v. Bellacure, Inc., Shane Sterling and Maurice Cannon.* Before United States District Court, Western District of Washington at Seattle. Civil Action No: 05-CV-01552-CMP. Retained by counsel for plaintiffs, re: lost profits and unjust enrichment due to alleged theft of trade secrets in the medical device industry (osteoarthritis knee braces).

*Google, Inc. v. American Blind & Wallpaper Factory, Inc.* Before United States District Court, Northern District of California. Case No. C 03-5340 JF EAI. Retained by counsel for plaintiffs re: damages arising from Google's alleged infringement of American Blind & Wallpaper's trademarks.

*Comcast Cable Communications Corporation, LLC v. Finisar Corporation.* Before United States District Court for the Northern District of California. Case No. C 06-04206 WHA. Retained by counsel for plaintiffs re: damages arising from Comcast's alleged infringement of Finisar patent number 5,404,505.

*Carter Bryant, an individual v. Mattel Inc. and Consolidated Actions.* Before United States District Court for the Central District of California, Eastern Division. Case No. CV 04-9049 SGL (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV OS02727. Retained by counsel for plaintiff re: damages arising from Mr. Bryant's alleged theft of copyrighted materials, breach of fiduciary duty and theft of trade secrets.

*American Airlines, Inc. v. Google, Inc.* Before United States District Court for the Northern District of Texas, Fort Worth Division. Case No. 4-07CV-487-A. Retained by counsel for defendant re: damages arising from Google's alleged infringement of American Airline's trademarks.

*H. Richard Dallas, Shareholder Representative for dMarc v. Google Inc.* Before JAMS, reference #1100054656. Retained by counsel for defendant re: damages arising from a breach of contract claim arising from Google's acquisition of dMarc.

*Flashseats, LLC. v. Paciolan Inc.* Before United States District Court, District of Delaware. Case No. CA 07-575 (JJF). Retained by counsel for defendant re: damages arising from Paciolan's alleged infringement of Flashseats' patent number 6,496,809.

*Charlotte Russe Holding, Inc. v. Versatile Entertainment, Inc. and People's Liberation, Inc.* Before Superior Court of the State of California, County of Los Angeles, Central District. Case No. BC424734. Retained by counsel for plaintiff re: damages arising from alleged breach of contract.

M&H Realty Partners V L.P. v. Aerojet-General Corporation, Boeing Realty Corporation, The Boeing Company, McDonnell Douglas Corporation.  Before Superior Court for the State of California, County of Orange.  Case No. 30-2008-00080378-CUTT-CXC.  Retained by counsel for plaintiff re: damages arising from environmental contamination at a property redevelopment.

Firefly Digital, Inc. v. Google Inc.  Before United States District Court, Western District of Louisiana, Lafayette Division.  Case number 6:10cv00133-TLM-PJH.  Retained by counsel for defendant re: damages arising from alleged trademark infringement.

American Technology, Inc., v. FrozenCPU.com, Inc.  Before the United States District Court, Middle District of Florida, Orlando Division.  Case Number 6:11-CV-110-ORLACC-GJK.  Retained by counsel for defendant re:  damages arising from alleged patent infringement.

C&C Jewelry Mfg., Inc. v. Trent West.  Before United States District Court, Northern District of California, San Jose Division, Case No. 5:09-cv-01303-JF-HRL.  Retained by counsel for plaintiff re:  reasonable royalty damages arising from alleged patent infringement.

Pixart Imaging, Inc. v. Avago Technologies General IP (Singapore) PTE. LTD.  Before United States District Court Northern District of California, San Jose Division.  Case No. C 10-00544 JW.  Retained by counsel for plaintiff re: additional royalties due from alleged breach of a patent license agreement.

EasyWeb Innovations, LLC. v. Twitter, Inc.  Before United States District Court, Eastern District of New York.  Case No. 2:11-cv-04550-JFB-WDW.  Retained by counsel for defendant re: reasonable royalty damages arising from alleged patent infringement.

Oncology Tech, LLC v. Elekta AB and Elekta, Inc.  Before United States District Court, Western District of Texas, San Antonio Division.  Case No: 5:12-CV-00314-HLH.  Retained by counsel for defendants re: damages arising from alleged breach of contract.

American Medical Response, Inc. v. Paramedics Plus, LLC.  Before Superior Court of the State of California, County of Alameda.  Case No: RG10541623.  Retained by counsel for defendant re: damages arising from alleged low-cost bid for emergency medical services.

AMC Technology, L.L.C., v. Cisco Systems, Inc.  Before United States District Court, Northern District of California, San Jose Division.  Case No: C-11-03403 (PSG).  Retained by counsel for plaintiff re: damages arising from alleged breach of contract.

Silicon Storage Technology, Inc. v. National Union Fire Insurance Company of Pittsburgh, PA and XL Specialty Insurance Company.  Before United States District Court, Northern District of California.  Case No: 5:13-CV-05658.  Retained by counsel for defendants re:  damages arising from a claim for theft of trade secrets.

Neustar, Inc. v. F5 Networks, Inc.  Before United States District Court, Northern District of California, San Jose Division. Case No:  CV12-02574.  Retained by counsel for plaintiff re: damages arising from alleged breach of contract.

Qiang Wang v. Palo Alto Networks, Inc.  Before United States District Court, Northern District of California, San Francisco Division. Case No:  C 12-05579 WHA.  Retained by counsel for defendant re: damages arising from alleged misappropriation of trade secrets and alleged patent infringement.

Affymetrix, Inc. v. Enzo Biochem Inc. Before United States District Court, Southern District of New York, Case No. 1:04-cv-01555-RJS.  Retained by counsel for Plaintiffs re: damages arising from an alleged breach of contract.

Enzo BioChem, Inc. v. Affymetrix, Inc.  Before United States District Court, Southern District of New York, Case No. 1:03-cv-08907-RJS.  Retained by counsel for Defendants re: damages arising from an alleged breach of contract.

Wyde Voice, LLC and Free Conferencing Corporation v. Global IP Solutions, Inc. and Google Inc.  Before Superior Court of the State of California, County of San Francisco, Case No. CGC-12-522868.  Retained by counsel for defendants re: damages arising from an alleged breach of contract.

Alexander Stross v. ZipRealty, Inc.  Before United States District Court, Western District of Texas, Austin Division.  Civil Action No. A-13-CV-419-SS.  Retained by counsel for defendants re: damages arising from alleged copyright infringement.

Collarity, Inc. v. Google, Inc.  Before United States District Court, District of Delaware.  Case No. 11-1103 MPT.  Retained by counsel for defendants re: damages arising from alleged patent infringement.

TomTom International, B.V. v. Broadcom Corporation.  Before United States District Court, Central District of California.  Case No. 8:14-cv-00475 PA (DFMx).  Retained by counsel for defendants re: damages arising from alleged breach of warranty.

In Re Google Inc. Privacy Policy Litigation.  Before United States District Court, Northern District of California, San Jose Division.  Case No.  12-CV-01382 PSG.  Retained by counsel for Google re: damages arising from alleged breach of privacy policy.

Sarvint Technologies, Inc. v. Athos Works, Inc., and Mad Apparel, Inc. (and related cases filed by Sarvint against OMSignal, Ralph Lauren, Victoria's Secret, Textronics and adidas, and Sensoria).  Before United States District Court, Northern District of Georgia, Atlanta Division.  Civil Action No. 1:15-CV-00068-TCB.  Retained by counsel for defendants re: irreparable harm arising from alleged patent infringement.

California Expanded Metal Products Co., v. ClarkWesternDietrich Building Systems LLC, James Klein and BlazeFrame Industries, Ltd.  Before United States District Court, Central District of California, Case No. 2:12-cv-10791-DDP-MRWx.  Retained by counsel for defendants re: damages arising from alleged breach of contract and patent infringement.

In Re: Multiple Listing Service Real Estate Photo Litigation.  Before United States District Court, Southern District of California, Case No.: 14CV1158 BAS (JLB).  Retained by counsel for defendant (CoreLogic) re: damages arising from an alleged breach of copyright.

TeleSign Corporation v. Twilio, Inc.  Before United States District Court, Central District of California, Case No. 15-3240-PSG-SS.  Retained by counsel for defendant re: irreparable harm in the context of a motion for preliminary injunction.

Quantum Corporation v. Crossroads Systems, Inc.  Before United States District Court, Northern District of California, San Francisco Division, Case No. 3:14-cv-04293-WHA.  Retained by counsel for plaintiff re: lost profits and reasonable royalty arising from alleged patent infringement.

United States of America ex rel. Floyd Landis v. Tailwind Sports Corp., Lance Armstrong and Johan Bruyneel.  Before United States District Court, District of Columbia, Case No. 1:10-cv-00976 (CRC).  Retained by counsel for Lance Armstrong re: benefits received by the U.S. Postal Service from its sponsorship of the USPS Cycling Team.

Integra LifeSciences Corp., Integra LifeSciences Sales LLC, Confluent Surgical, Inc., and Incept LLC, v. HyperBranch Medical Technology, Inc.  Before United States District Court, District of Delaware, Case No. C.A. No. 15-1819 (LPS)(CJB).  Retained by counsel for defendant re: irreparable harm in the context of a motion for preliminary injunction.

Alice Svenson, individually and on behalf of all others similarly situated, v.  Google, Inc. and Google Payment Corporation.  Before United States District Court, Northern District of California, Case No. CV-13-04080-BLF.  Retained by counsel for defendant re: damages from alleged breach of privacy policy.

Telecom Asset Management, LLC v. Cellco Partnership d/b/a Verizon Wireless, Verizon Sourcing LLC, Verizon Corporate Resources Group LLC.  Before United States District Court, Southern District of New York, Case No.: 15 Civ 2786 (SHS) (RLE).  Retained on behalf of defendants re: damages from alleged breach of contract.

Celestica (USA) Inc. v. The Crossbow Group, LLC, Before JAMS, San Jose, CA.  JAMS Ref. No. 1110018525.  Retained by counsel for plaintiffs re: damages from alleged breach of contract.

Varentec, Inc. v. Gridco, Inc. *et al*.  Before United States District Court for the District of Delaware, C.A. No. 16-217-RGA.  Retained by counsel for defendants re: irreparable harm in the context of a motion for preliminary injunction.

Connectus, LLC d/b/a eDegree Advisor v. Ampush Media, Inc. and DGS Edu LLC.  Before United States District Court, Middle District of Florida, Tampa Division, Case No.: 8:15-cv-02778-VMC-JSS.  Retained by counsel for plaintiffs re: damages from breach of contract, unjust enrichment and unfair competition.

Doug Baird, Doug Hesse and Bob Schmitt Derivatively on Behalf of BlinkMind, Inc. v. Joe Baird, Nathan Stratton, Michael Tessler, Exario Networks, Inc., and BroadSoft, Inc.  Before District Court of Harris County, Texas, 270th Judicial District, Cause No. 2015-16576.  Retained by counsel for defendants Joe Baird, Nathan Stratton and BroadSoft re: damages from theft of trade secrets.

Integra LifeSciences Corp., Integra LifeSciences Sales LLC, Confluent Surgical, Inc., and Incept LLC, v. HyperBranch Medical Technology, Inc.  Before United States District Court, District of Delaware, Case No. C.A. No. 15-1819 (LPS)(CJB).  Retained by counsel for defendant re: damages from patent infringement.

Klaustech, LLC. v. AdMob, Inc.  Before United States District Court, Northern District of California, Oakland Division.  Case No. 10-CV-05899-JSW.  Retained by counsel for defendant re: damages from patent infringement.

Google LLC, v. Anthony Scott Levandowski and Lior Ron.  Before JAMS, San Francisco, Case No. 1100086069 & 1100086032.  Retained by counsel for plaintiff re: damages from breach of contract, fraud, and disloyalty.

Express Mobile, Inc., v. Svanaco, Inc., BigCommerce, Inc.  Before United States District Court For the Eastern District of Texas, Marshall Division.  Retained by counsel for defendant re:  damages from patent infringement.

Safeway, Inc. v. Sheppard Mullin Richter & Hampton, LLP.  Before JAMS, San Francisco, Case No. 1220052996.  Retained by counsel for defendant re: damages from legal malpractice.

Juliana Griffo v. Oculus VR, Inc. and Palmer Luckey.  Before United States District Court, Central District of California, Southern Division (Santa Ana), Case No. 8:15-cv-01228-DOC (JCGx).  Retained by counsel for defendants re: damages from copyright infringement.

Beijing Choice Electronic Technology Co., Ltd. v. Contec Medical Systems USA INC. and Contec Medical Systems Co., Ltd.  Before United States District Court, Northern District of Illinois, Case No: 18-cv-00825.  Retained by counsel for defendants re: irreparable harm in the context of a motion for a preliminary injunction and damages from patent infringement.

Alarm.com, Inc. and ICN Acquisition, LLC v. SecureNet Technologies, LLC.  Before United States District Court, District of Delaware.  Case No.: 1:15-cv-00807-GMS.  Retained by counsel for defendants re: damages from patent infringement.

Ameranth, Inc. v. Mobo Systems (d/b/a Olo).  Before United States District Court, Southern District of California, San Diego Division.  Case No.: 3:12-cv-01642-JLS-NLS.  Retained by counsel for defendant re: damages from patent infringement.

International Longshore and Warehouse Union and Pacific Maritime Association vs. ICTSI Oregon, Inc.  Before the United States District Court for the District of Oregon.  Case No. 3:12-cv-01058-SI.  Retained by counsel for plaintiff and counterclaim defendant re: damages from labor slowdown.

International Code Council, Inc. v. UpCodes, Inc., Garrett Reynolds and Scott Reynolds.  Before the United States District Court for the Southern District of New York.  Case No. 1:17-cv-6261.  Retained by counsel for defendants re: damages from copyright infringement.

United States of America v. Sushovan Tareque Hussain.  Before the United States District Court, Northern District of California.  Case No. CR 16-00462 CRB.  Retained by counsel for defendant re: gains from fraud.

Nevro Corp., v. Stimwave Technologies, Inc.  Before the United States District Court for the District of Delaware.  Case No. 19-325 (CFC).  Retained by counsel for defendant re: irreparable harm in the context of a motion for a preliminary injunction.

CellInfo, LLC v. American Tower Corporation and American Tower Do Brasil.  Before American Arbitration Association, Boston Regional Office.  Case No. 01-18-0004-5894.  Retained by counsel for plaintiff re: damages from misappropriation of trade secrets and confidential information.

Booker T. Huffman v. Activision Publishing, Activision Blizzard and Major League Gaming Corp.  Before the United States District Court for the Eastern District of Texas, Marshall Division.  Case No. 2:19-cv-00050-RWS-RSP.  Retained by counsel for defendant re: damages from copyright infringement.

PTP OneClick, LLC v. Avalara, Inc.  Before the United States District Court, Western District of Washington at Seattle.  Case No. 2:19-cv-00640-JLR.  Retained by counsel for defendant re: damages from misappropriation of trade secrets and breach of contract.

Arendi S.A.R.L. v. Motorola Mobility LLC.  Before the United States District Court, District of Delaware.  Case No. 12-1601-LPS.  Retained by counsel for defendant re: damages from patent infringement.

Arendi S.A.R.L. v. Google LLC.  Before the United States District Court, District of Delaware.  Case No. 13-919-LPS.  Retained by counsel for defendant re: damages from patent infringement.

FurnitureDealer.net, Inc. v. Amazon.com, Inc., and COA, Inc. d/b/a Coaster Company of America.  Before the United States District Court, District of Minnesota.  Case No. 18-232 (JRT/HB).  Retained by counsel for defendant re: copyright infringement.

Crown Building Maintenance, Inc. v. Metro Services Group, Jeff Dachenhaus, Mark Nolan and Derek Schulze.  Before the Superior Court of the State of California, County of San Francisco.  Case No. CGC-18-566118.  Retained by counsel for plaintiffs re: damages from breach of contract and misappropriation of trade secrets.

Hong Kong Ucloudlink Network Technology Limited v. SIMO Holdings Inc. and Skyroam, Inc.  Before the United States District Court, Northern District of California.  Case No. 8-cv-05031.  Retained by counsel for plaintiffs re: damages from patent infringement.

Fisher & Paykel Healthcare, Ltd v. Flexicare Incorporated.  Before the United States District Court, Central District of California.  Case No. 8:19-cv-00835-JVS-DFM.  Retained by counsel for defendants re: damages from patent infringement.

Hughes & Company Construction, Inc. v. Weber Hung Family Trust.  Before American Arbitration Association.  Case No. 01-20-0004-8744.  Retained by counsel for defendants / counterclaimants re: damages from breach of contract.

Equicare Health Inc. v. Varian Medical Systems, Inc.  Before the American Arbitration Association.  Case No.: 01-19-0002-4132.  Retained by counsel for defendant re: damages from breach of contract.

Personalized Media Communications, LLC v. Netflix, Inc.  Before the United States District Court, Eastern District of Texas, Marshall Division, Case No. 2:19-cv-00091-JRG.  Retained by counsel for defendant re: damages from patent infringement.

Red Hydrogen, LLC v. CloudMinds (HK) Ltd.  Before JAMS Arbitration, JAMS Ref. No. 1220062943.  Retained by counsel for defendant re: factors relating to alter ego and damages from breach of contract.

USC IP Partnership, L.P., v. Facebook, Inc.  Before the United States District Court for the Western District of Texas, Waco Division, Case No. 6:20-cv-00555-ADA.  Retained by counsel for defendant re: damages from patent infringement.

Brad Peters, David Gray and Paul Staelin v. Infor (US), Inc.  Before the United States District Court, Northern District of California, San Francisco Division, Civil Action No. 19-cv-8102  Retained by counsel for defendants / counter-claimant re: damages from breach of contract.

Netlist v. Samsung Electronics, Co., Ltd.  Before United States District Court, Central District of California, Southern Division, Case No. 8:20-cv-993-MCS (ADSx).  Retained by counsel for defendants re: damages from breach of contract.

Alexander Walker v. Kitty Hawk Corporation.  Before JAMS, JAMS Ref. No. 1100110678.  Retained by counsel for defendants re: damages from alleged fraud and breach of contract.

Contour Data Solutions, LLC. v. Gridforce Energy Management LLC, NAES Corporation, CDW Corporation, CDW Direct.  Before United States District Court, Eastern District of Pennsylvania, Case No. 2:20-CV-03241.  Retained by counsel for Gridforce and NAES re: breach of contract.

Rex Medical, L.P. v. Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc. and Intuitive Surgical Holdings, LLC.  Before United States District Court, District of Delaware, Civil Action No. 19-cv-5-MN.  Retained by counsel for Rex Medical re: damages from patent infringement.

Estech Systems, Inc. v. Howard Midstream Energy Partners d/b/a Howard Energy Partners.  Before United States District Court, Western District of Texas, Waco Division, Civil Action No.: 6-20-cv-00777.  Retained by counsel for Howard Energy Partners re: damages from patent infringement.

Bay Materials, LLC v. 3M Company.  Before United States District Court, District of Delaware, Civil Action No. 21-cv-1610-RGA-JLH.  Retained by counsel for 3M Company re: irreparable harm in the context of a motion for a preliminary injunction.

RSB Spine, LLC v. DePuy Synthes Sales, Inc. and DePuy Synthes Products, Inc.  Before United States District Court, District of Delaware, C.A. No. 19-1515-RGA.  Retained by counsel for RSB Spine re: damages from patent infringement.

RSB Spine, LLC v. Medacta USA, Inc.  Before United States District Court, District of Delaware, C.A. No. 18-1973-RGA.  Retained by counsel for RSB Spine re: damages from patent infringement.

RSB Spine, LLC v. Precision Spine, Inc.  Before United States District Court, District of Delaware, C.A. No. 18-1974-RGA.  Retained by counsel for RSB Spine re: damages from patent infringement.

Quest Media & Supplies v. Aerojet Rocketdyne, Inc.  Before Superior Court of the State of California, County of Sacramento, Case No. 34-2017-00207975.  Retained by counsel for Quest Media re: damages from breach of contract.

Dennis P. Flynn v. Sara L. Flynn and Christopher J. Dressel.  Before JAMS, Reference No. 1100111518.  Retained by counsel for Dennis Flynn re: dissolution of partnerships and valuation of real estate interests.

AlphaSense v. Sentieo.  Before United States District Court, District of Delaware, C.A. No. 21-1011-CFC.  Retained by counsel for Sentieo re: irreparable harm in the context of a motion for preliminary injunction.

Cat Brooks and Rasheed Shabazz, individually and on behalf of all others similarly situated v. Thomson Reuters Corporation.  Before United States District Court, Northern District of California, San Francisco Division, Case No. 3:21-cv-1418-EMC.  Retained by counsel for Thomson Reuters re: unjust enrichment from an alleged breach of privacy.

WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Canon Inc. and Canon USA, Inc.  Before United States District Court, Western District of Texas, Waco Division, Case No. 6:20-cv-00981-ADA.  Retained by counsel for Canon re: damages from patent infringement.

Xerox Corporation v. FujiFilm Business Innovation Corp. (f/k/a Fuji Xerox Co., Ltd.).  Before International Court of Arbitration of the International Chamber of Commerce, Case No. 26311/PDP.  Retained by counsel for Xerox re: damages from breach of contract.

Wahoo Fitness v. Zwift.  Before United States District Court for the District of Delaware, Case No. 1-22-cv-01295-CFC.  Retained by counsel for Wahoo re: irreparable harm in the context of a motion for a preliminary injunction.

National Fire Protection Association v. UpCodes.  Before United States District Court for the Central District of California, Case No. 21-5262 DSF (E).  Retained by counsel for UpCodes re: harm from alleged copyright infringement.

IGT v. Zynga.  Before United States District Court for the Western District of Texas, Waco Division, Case No. 6:21-CV-00331-ADA.  Retained by counsel for Zynga re: damages from patent infringement.

Estech Systems IP v. Public Storage.  Before United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No. 2:21-CV-00483.  Retained by counsel for Public Storage re: damages from patent infringement.

Metricolor v. L'Oréal.  Before United States District Court, Central District of California, Civil Action No. 2:16-CV-00364.  Retained by counsel for L'Oréal re: damages from misappropriation of trade secrets.

ICTSI Oregon v. International Longshore and Warehouse Union (ILWU).  Before United States District Court for the District of Oregon.  Case No. 3:12-cv-01058-SI.  Retained by counsel for defendant re: damages from labor slowdown.

Consumeron v. Maplebear Inc. d/b/a Instacart.  Before United States District Court for the District of Delaware.  Civil Action No. 1:21-01147-GBW-MPT.  Retained by counsel for defendant re: damages from patent infringement.

Dr. Mark A. Barry v. Stryker Corporation.  Before United States District Court for the District of Delaware.  Civil Action No.20-cv-01787 (RGA).  Retained by counsel for defendant re: damages from patent infringement.

Steven G. Alves v. Herbert Feinberg; Harry Feinberg; Richard Tinervin; Gotham Enterprises and Affiliates.  Before Superior Court of the State of California, County of Placer.  Case No. SCV0043567.  Retained by counsel for defendants re: damages from alleged breach of contract and misappropriation of trade secrets.

HID Global Corporation v. Vector Flow, Inc., Ajay Jain, Vikrant Ghai and Shailendra Sharma.  Before United States District Cour for the District of Delaware.  C.A. No. 21-1769 (GBW).  Retained by counsel for defendants re: damages from alleged patent infringement, trade secret misappropriation, breach of contract and breach of fiduciary duty.

# Exhibit  2

**Documents Relied Upon**
**Exhibit DGK-2**

<u>**Legal Filings**</u>
2023-08-03 - Complaint for Misappropriation and Infringement of Intellectual Property Rights and
Unfair Competition
2023-08-18 - Insulet's Motion for Temporary Restraining Order and Preliminary Injunction and Request
for Expedited Briefing

<u>**Expert Declarations and Exhibits**</u>
2023-08-18 - Declaration of Justin N. Mclean (Includng Exhibits and Appendices)
2023-08-25 - Declaration of Jesse Kim
Exhibit 8 – EOFlow Investors Relations_MAY2021
Expert Declaration of Dr. Matthew Schurman, Ph.D in Support of EOFlow's Opposition to Plaintiff's
Motion for Temporary Restraining Order and Preliminary Injunction

<u>**Bates-Stamped Documents**</u>
INSULET_00000001–00000122
INSULET_00000123–207
INSULET_00000815– 820
INSULET_00001090–179
INSULET_00001497–641
INSULET_00002185–216
INSULET_00002688–2848
INSULET_00002688–848

| <u>**Literature & Articles**</u> | **URL** |
|---|---|
| Chua, K. et al. (2020). Out-of-Pocket Spending for Insulin, Diabetes-Related Supplies, and Other Health Care Services Among Privately Insured US Patients with Type 1 Diabetes. *JAMA Intern Med* 180(7):1012–1014. | https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7265118/?report=printable |
| Park J. et al. (2022). A 4-Week, Two-Center, Open-Label, Single-Arm Study to Evaluate the Safety and Efficacy of EOPatch in Well-Controlled Type 1 Diabetes Mellitus. *Diabetes & Metabolism Journal*, 46(6):941-947. | https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9723198/ |
| Piper Sandler, "Insulet Corporation (PODD) MDT Acquiring EO Flow, Competitor to PODD but Unlikely a NT Threat", May 25, 2023. | |
| Rosenkoetter, M.M. et al. (2013). CSII and MDII for intensive diabetes management: impact perceptions of older adult patietns and their significant others. *Geriatr Nurs* . 34(6):469–76, Abstract. | https://pubmed.ncbi.nlm.nih.gov/24001427/ |
| Teece, D., "The Knowledge Economy and Intellectual Capital Management", p 14. in *Managing Intellectual Capital: Organizational, Strategic and Policy Dimensions* , edited by David J. Teece, Oxford University Press, 2000. | |
| Thompson, B. and Cook, C.B. (2019). Insulin Pumping Patches – Emerging Insulin Delivery Systems. *Journal of Diabetes Science and Technology* 13(1)8–10. | https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6313284/ |
| Weil, R., Lentz, D. Evans, E., *Litigation Services Handbook: The Role of the Financial Expert*, 6th Ed., John Wiley & Sons, 2017. | |
| William Blair, "Insulet Corporation Medtronic's EOflow Acquisition Not a Thesis-Changer for Insulet's Omnipod", May 25, 2023. | |
| Zisser, H.C. (2010). The OmniPod Insulin Management System: the Latest Innovation in Insulin Pump Therapy. *Diabetes Ther* 1(1):10-24. | |

| Websites (PDF Names) | URL |
|---|---|
| Blood Glucose Meter Rundown, beyondtype1.org, 2016-03-30, accessed 2023-08-24. | https://beyondtype1.org/blood-glucose-meter-rundown/ |
| Blood Sugar Monitoring, clevelandclinic.org, accessed on 2023-08-24. | https://my.clevelandclinic.org/health/treatments/17956-blood-sugar-monitoring |
| CE marking, europa.eu, accessed on 2023-08-23. | https://single-market-economy.ec.europa.eu/single-market/ce-marking_en. |
| CeQur Simplicity, diabetes.org, accessed on 2023-08-24. | https://consumerguide.diabetes.org/products/cequr-simplicity |
| Deep dip teardown of tubeless insulin pump, arxiv.org, accessed on 2023-08-23. | https://arxiv.org/ftp/arxiv/papers/1709/1709.06026.pdf. |
| EOFlow About Us, eoflow.com, accessed 2023-08-24. | http://eoflow.com/eng/about/about_010100.html |
| EOFlow and Sinocare Establish a Joint Venture Company, eoflow.com, 2021-10-27, accessed 2023-08- | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=120. |
| EOFLow and Zihipp Announce Joint Venture for Development of Innovative Solutions for Treatment of Obesity & NASH, prnewswire.com, 2021-12-28, accessed 2023-08-24. | https://www.prnewswire.com/news-releases/eoflow-and-zihipp-announce-joint-venture-for-development-of-innovative-solutions-for-treatment-of-obesity--nash-301451152.html |
| EOFlow Establishes a Wearable Pharmaceutical Subsidiary 'Pharmeo Inc.' to Expand on its Wearable Drug Delivery Business, eoflow.com, 2021-07-09, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=108 |
| EOFlow Exports EOPatch Production Line to Chinese Joint Venture, businesskorea.co.kr, 2022-10-18, accessed 2023-08-24. | https://www.businesskorea.co.kr/news/articleView.html?idxno=102296 |
| EOFlow Invests $7.7B in Pharmeo Subsidiary for Non-Insulin Drug Delivery Development, 2023-02-16 accessed 2023-08-24. | https://www.drugdeliverybusiness.com/eoflow-invests-pharmeo-non-insulin-drug-delivery/ |
| EOFlow Invests in its US Subsidiary EOFlow, Inc. to Expand its EOPatch Wearable Drug Delivery System Business, eoflow.com, 2022-10-24, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=153 |
| EOFlow Locations, eoflow.com, accessed 2023-08-24. | http://eoflow.com/eng/about/about_020100.html |
| EOFlow Officially Launches its First Wearable Insulin Pump "EOPatch", eoflow.com, 2021-03-29, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=97. |
| EOFlow Publishes the Final Report on its First Clinical Trial, eoflow.com, 2020-12-09, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=86 |
| EOFlow Receives Approval for EOPatch Pump in Indonesia, eoflow.com, 2022-10-25, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=154 |
| EOFlow Receives CE Mark for its Innovative Wearable Insulin Pump, eoflow.com, 2021-05-25, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=104. |
| EOFlow Reports Full Year 2022 Revenue Increase of 868% Year-Over-Year, eoflow.com, 2023-03-06. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=170&ckattempt=1. |
| EOFlow sets up a US Subsidiary, eoflow.com, 2017-09-04, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=36. |
| EOFlow Submits Application to the U.S. FDA for its Wearable Insulin Pump 'EOPatch', eoflow.com, 2022-12-27, accessed 2023-08-23. | http://eoflow.com/eng/news/news_010100.html?bmain=view&uid=161. |
| EOFlow's US Subsidiary Nephria Gets License on New "MXene" Nanomaterial from Drexel University, eoflow.com, 2021-04-29, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=102. |
| EOPatch Gets its First Regulatory Approval, eoflow.com, 2017-12-18, accessed 2023-08-24 | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=47 |
| EOPatch Product, eoflow.com, accessed on 2023-08-24 | http://www.eoflow.com/eng/product/product_010100.html?ckattempt=1. |
| EOPatch, eoflow.com, accessed 2023-08-24. | http://www.eoflow.com/eng/product/product_intro.html |
| Flex Ltd, Form 10-K, FYE March 31, 2023. | https://www.sec.gov/Archives/edgar/data/866374/000086637421000030/flex-20210331.htm |
| Guide to Financing and Raising Capital for Your Medical Equipment Manufacturing Business, finmodelslab.com, accessed 08-25-2023. | https://finmodelslab.com/blogs/rising-capital/medical-equipment-manufacturing-rising-capital |
| Improved EOPatch is Approved in Korea, eoflow.com, 2019-07-10, accessed 2023-08-24. | http://www.eoflow.com/eng/news/news_010100.html?bmain=view&uid=79 |
| Insulet Corporation (PODD) Stock Historical Prices & Data, finance.yahoo.com, accessed 2023-08-23. | https://finance.yahoo.com/quote/PODD/history?period1=1677110400&period2=1692748800&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true |
| Insulet Corporation, Form 10-Q, August 9, 2023. | https://investors.insulet.com/financials/sec-filings/sec-filings-details/default.aspx?FilingId=16846932 |
| Insulet PE Ratio 2010-2023, macrotrends.net, accessed 2023-08-24. | https://www.macrotrends.net/stocks/charts/PODD/insulet/pe-ratio |
| Insulet Price to Sales Ratio 2010-2023, macrotrends.net, accessed 2023-08-24. | https://www.macrotrends.net/stocks/charts/PODD/insulet/price-sales |
| Insulin Delivery, beyondtype1.org, 2016-05-04, accessed 2023-08-24. | https://beyondtype1.org/insulin-delivery/ |
| Medicare Coverage of Diabetes Supplies, Services, & Prevention Programs, medicare.gov, accessed on 2023-08-23. | https://www.medicare.gov/publications/11022-medicare-coverage-of-diabetes-supplies.pdf |

DGK-2

Medtronic plc (MDT) Stock Historical Prices & Data, finance.yahoo.com, accessed 2023-08-23.
https://finance.yahoo.com/quote/MDT/history?period1=1677110400&period2=1692748800&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

Medtronic to acquire wearable insulin patch maker EOFlow, prnewswire.com, 2023-05-25.
https://www.prnewswire.com/news-releases/medtronic-to-acquire-wearable-insulin-patch-maker-eoflow-301834506.html

Narsha - EOPatch Controller, eopatch.com, accessed on 2023-08-24.
https://www.eopatch.com/eng/product/controller__narsha.html

Nasdaq PE Ratio 2010-2023, macrotrends.net, accessed 08-24-2023.
https://www.macrotrends.net/stocks/charts/NDAQ/nasdaq/pe-ratio

Nasdaq Price to Sales Ratio 2010-2023, macrotrends.net, accessed 2023-08-24.
https://www.macrotrends.net/stocks/charts/NDAQ/nasdaq/price-sales

New data show once-weekly insulin icodec met additional endpoints in adults with type 2 diabetes in phase 3a trials, prnewswire.com, 2023-06-24.
https://www.prnewswire.com/news-releases/new-data-show-once-weekly-insulin-icodec-met-additional-endpoints-in-adults-with-type-2-diabetes-in-phase-3a-trials-301862521.html.

Novo Nordisk shares pop after trial data exceeds expectations, CNBC.com, accessed 2023-08-24.
https://www.cnbc.com/2023/08/08/wegovy-novo-nordisk-shares-pop-after-trial-data-exceeds-expectation

Novo's Wegovy shows heart benefit alongside weight loss in trial, reuters.com, 2023-08-08.
https://www.reuters.com/business/healthcare-pharmaceuticals/novos-weight-loss-drug-wegovy-cuts-risk-heart-disease-by-20-trial-data-2023-08-08/.

Omnipod DASH HCP Resource Guide, omnipod.com, accessed on 2023-08-25.
https://www.omnipod.com/sites/default/files/2021-08/AU%20Omnipod%20DASH%20HCP%20Resource%20GuideINS-ODS-07-2021-00005.pdf

Privately Insured Individuals with Diabetes Spend Twice as Much Out-of-Pocket on Health Care as those without Diabetes, healthcostinstitue.org, 2022-07-13, accessed 2023-08-24.
https://healthcostinstitute.org/diabetes-and-insulin/privately-insured-individuals-with-diabetes-have-double-the-out-of-pocket-spending-on-health-care-than-those-without-diabetes

Q&A – China NMPA Registration for Medical Devices and IVDs, chinameddevice.com, accessed 2023-08-24.
https://chinameddevice.com/faq/china-medical-device-registration-questions/

Tandem Diabetes Care, Inc. (TNDM) Stock Historical Prices & Data, finance.yahoo.com, accessed 2023-08-23.
https://finance.yahoo.com/quote/TNDM/history?period1=1677110400&period2=1692748800&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

The Ozempic Craze Could Put These Companies on a Crash Diet, wsj.com, 2023-08-18.
https://www.wsj.com/health/healthcare/ozempic-mounjaro-wegovy-eli-lilly-novo-nordisk-stock-

Understanding the Insulin Market, americanactionforum.org, 2020-03-03, accessed 2023-08-24.
https://www.americanactionforum.org/research/understanding-the-insulin-market/

V-Go, diabetes.org, accessed on 2023-08-24.
https://consumerguide.diabetes.org/products/v-go

What is Automated Insulin Delivery, omnipod.com, accessed 2023-08-24.
https://www.omnipod.com/what-is-omnipod/what-is-pod-therapy/what-is-automated-insulin-delivery

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

Exhibit 3

Figure 4                                                                                                    DGK-3



CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO
OUTSIDE COUNSEL EYES ONLY

Page 1 of 4



## Insulet Stock Price

PODD shares declined 5.69% on May 25, 2023 following the EOFlow acquisition news released before market open.

PODD shares declined 8.63% on August 8, 2023 after Novo Nordisk released positive study results for its GLP-1 drug Wegovy before market open.

*Sources:*
*Price history from Yahoo Finance.*
*https://www.reuters.com/business/healthcare-pharmaceuticals/novos-weight-loss-drug-wegovy-cuts-risk-heart-disease-by-20-*
*    trial-data-2023-08-08/*
*https://www.cnbc.com/2023/08/08/wegovy-novo-nordisk-shares-pop-after-trial-data-exceeds-expectations.html*

CONFIDENTIAL PURSUANT TO THE COURT'S DEFAULT PO

OUTSIDE COUNSEL EYES ONLY

Closing Prices and Daily Return

DGK-3

**Price History and Daily Returns, 2/23/2023 - 8/22/2023**

| Date | PODD Closing Price (Adjusted) | PODD Daily Return | MDT Closing Price (Adjusted) | MDT Daily Return | TNDM Closing Price (Adjusted) | TNDM Daily Return | Event Label 1 | Event Label 2 | Event Label 3 |
|---|---|---|---|---|---|---|---|---|---|
| 2/23/2023 | 297.58 | | 82.62 | | 38.17 | | | | |
| 2/24/2023 | 294.35 | -1.09% | 82.13 | -0.60% | 36.39 | -4.66% | | | |
| 2/27/2023 | 281.94 | -4.22% | 82.03 | -0.12% | 35.87 | -1.43% | | | |
| 2/28/2023 | 276.36 | -1.98% | 81.45 | -0.71% | 35.86 | -0.03% | | | |
| 3/1/2023 | 282.48 | 2.21% | 80.75 | -0.87% | 36.71 | 2.37% | | | |
| 3/2/2023 | 282.95 | 0.17% | 80.92 | 0.22% | 39.32 | 7.11% | | | |
| 3/3/2023 | 287.17 | 1.49% | 82.05 | 1.40% | 41.61 | 5.82% | | | |
| 3/6/2023 | 290.57 | 1.18% | 80.60 | -1.77% | 42.67 | 2.55% | | | |
| 3/7/2023 | 286.52 | -1.39% | 78.44 | -2.67% | 41.95 | -1.69% | | | |
| 3/8/2023 | 286.17 | -0.12% | 77.13 | -1.68% | 40.89 | -2.53% | | | |
| 3/9/2023 | 283.12 | -1.07% | 76.73 | -0.51% | 39.41 | -3.62% | | | |
| 3/10/2023 | 280.36 | -0.97% | 75.47 | -1.64% | 37.63 | -4.52% | | | |
| 3/13/2023 | 303.44 | 8.23% | 76.71 | 1.64% | 39.92 | 6.09% | | | |
| 3/14/2023 | 312.77 | 3.07% | 76.59 | -0.15% | 42.53 | 6.54% | | | |
| 3/15/2023 | 307.89 | -1.56% | 77.14 | 0.71% | 42.14 | -0.92% | | | |
| 3/16/2023 | 312.36 | 1.45% | 77.98 | 1.10% | 41.42 | -1.71% | | | |
| 3/17/2023 | 309.09 | -1.05% | 77.02 | -1.24% | 41.14 | -0.68% | | | |
| 3/20/2023 | 318.30 | 2.98% | 78.32 | 1.69% | 41.61 | 1.14% | | | |
| 3/21/2023 | 326.03 | 2.43% | 79.91 | 2.03% | 43.71 | 5.05% | | | |
| 3/22/2023 | 315.16 | -3.33% | 78.64 | -1.59% | 41.46 | -5.15% | | | |
| 3/23/2023 | 311.49 | -1.16% | 76.96 | -2.13% | 41.73 | 0.65% | | | |
| 3/24/2023 | 310.17 | -0.42% | 78.75 | 2.32% | 42.11 | 0.91% | | | |
| 3/27/2023 | 314.93 | 1.53% | 79.02 | 0.34% | 40.42 | -4.01% | | | |
| 3/28/2023 | 311.29 | -1.16% | 78.89 | -0.16% | 40.24 | -0.45% | | | |
| 3/29/2023 | 312.90 | 0.52% | 78.45 | -0.55% | 38.76 | -3.68% | | | |
| 3/30/2023 | 316.88 | 1.27% | 78.56 | 0.14% | 39.93 | 3.02% | | | |
| 3/31/2023 | 318.96 | 0.66% | 79.99 | 1.82% | 40.61 | 1.70% | | | |
| 4/3/2023 | 318.84 | -0.04% | 79.05 | -1.18% | 39.42 | -2.93% | | | |
| 4/4/2023 | 319.91 | 0.34% | 78.85 | -0.25% | 40.78 | 3.45% | | | |
| 4/5/2023 | 315.89 | -1.26% | 79.64 | 1.01% | 41.12 | 0.83% | | | |
| 4/6/2023 | 317.72 | 0.58% | 79.67 | 0.04% | 41.45 | 0.80% | | | |
| 4/10/2023 | 314.92 | -0.88% | 79.61 | -0.07% | 40.95 | -1.21% | | | |
| 4/11/2023 | 314.00 | -0.29% | 80.37 | 0.95% | 42.46 | 3.69% | | | |
| 4/12/2023 | 316.29 | 0.73% | 80.18 | -0.23% | 41.56 | -2.12% | | | |
| 4/13/2023 | 317.13 | 0.27% | 80.95 | 0.97% | 41.60 | 0.10% | | | |
| 4/14/2023 | 318.82 | 0.53% | 80.08 | -1.08% | 41.49 | -0.26% | | | |
| 4/17/2023 | 321.27 | 0.77% | 81.48 | 1.75% | 41.76 | 0.65% | | | |
| 4/18/2023 | 321.30 | 0.01% | 81.01 | -0.57% | 39.73 | -4.86% | | | |
| 4/19/2023 | 326.14 | 1.51% | 84.21 | 3.94% | 41.22 | 3.75% | | | |
| 4/20/2023 | 321.14 | -1.53% | 82.84 | -1.63% | 39.02 | -5.34% | | | |
| 4/21/2023 | 319.30 | -0.57% | 85.06 | 2.68% | 37.48 | -3.95% | | | |
| 4/24/2023 | 318.77 | -0.17% | 88.99 | 4.62% | 36.87 | -1.63% | | | |
| 4/25/2023 | 321.33 | 0.80% | 88.99 | 0.00% | 36.33 | -1.46% | | | |
| 4/26/2023 | 316.67 | -1.45% | 89.27 | 0.31% | 37.50 | 3.22% | | | |
| 4/27/2023 | 316.23 | -0.14% | 90.67 | 1.57% | 37.50 | 0.00% | | | |
| 4/28/2023 | 318.04 | 0.57% | 90.24 | -0.47% | 39.58 | 5.55% | | | |
| 5/1/2023 | 318.87 | 0.26% | 89.97 | -0.30% | 39.97 | 0.99% | | | |
| 5/2/2023 | 314.84 | -1.26% | 89.53 | -0.50% | 38.62 | -3.38% | | | |
| 5/3/2023 | 320.99 | 1.95% | 89.98 | 0.51% | 39.95 | 3.44% | | | |
| 5/4/2023 | 322.23 | 0.39% | 88.57 | -1.57% | 37.51 | -6.11% | | | |
| 5/5/2023 | 328.76 | 2.03% | 89.36 | 0.88% | 35.06 | -6.53% | | | |
| 5/8/2023 | 318.98 | -2.97% | 89.49 | 0.14% | 33.44 | -4.62% | | | |
| 5/9/2023 | 319.72 | 0.23% | 88.90 | -0.65% | 32.72 | -2.15% | | | |
| 5/10/2023 | 322.85 | 0.98% | 88.71 | -0.21% | 33.31 | 1.80% | | | |
| 5/11/2023 | 321.27 | -0.49% | 88.32 | -0.44% | 32.26 | -3.15% | | | |
| 5/12/2023 | 330.23 | 2.79% | 88.19 | -0.16% | 32.96 | 2.17% | | | |
| 5/15/2023 | 320.79 | -2.86% | 88.61 | 0.48% | 32.13 | -2.52% | | | |
| 5/16/2023 | 319.87 | -0.29% | 88.21 | -0.46% | 29.64 | -7.75% | | | |
| 5/17/2023 | 313.16 | -2.10% | 87.89 | -0.36% | 30.41 | 2.60% | | | |
| 5/18/2023 | 302.87 | -3.29% | 88.32 | 0.50% | 29.62 | -2.60% | | | |
| 5/19/2023 | 301.03 | -0.61% | 88.63 | 0.35% | 28.12 | -5.06% | | | |
| 5/22/2023 | 306.55 | 1.83% | 88.80 | 0.19% | 29.64 | 5.41% | | | |
| 5/23/2023 | 296.43 | -3.30% | 86.45 | -2.65% | 29.40 | -0.81% | | | |
| 5/24/2023 | 293.75 | -0.90% | 86.81 | 0.41% | 28.18 | -4.15% | | | |
| | | | | | | | PODD shares declined 5.69% on May 25, 2023 following the EOFlow acquisition news released before market open. | MDT shares declined 4.51% on May 25, 2023 following the EOFlow acquisition news released before market open. | PODD shares declined 5.69% on May 25, 2023 following the EOFlow acquisition news released before market open. |
| 5/25/2023 | 277.05 | -5.69% | 82.89 | -4.51% | 26.29 | -6.71% | | | |
| 5/26/2023 | 272.63 | -1.60% | 80.82 | -2.49% | 26.57 | 1.07% | | | |
| 5/30/2023 | 272.58 | -0.02% | 81.86 | 1.28% | 26.59 | 0.08% | | | |
| 5/31/2023 | 274.25 | 0.61% | 82.11 | 0.32% | 25.99 | -2.26% | | | |
| 6/1/2023 | 272.48 | -0.65% | 82.10 | -0.01% | 24.56 | -5.50% | | | |
| 6/2/2023 | 281.03 | 3.14% | 83.11 | 1.22% | 24.77 | 0.86% | | | |
| 6/5/2023 | 284.07 | 1.08% | 83.08 | -0.04% | 24.25 | -2.10% | | | |
| 6/6/2023 | 285.56 | 0.52% | 82.95 | -0.16% | 24.44 | 0.78% | | | |
| 6/7/2023 | 278.80 | -2.37% | 82.24 | -0.85% | 24.81 | 1.51% | | | |
| 6/8/2023 | 281.34 | 0.91% | 82.45 | 0.25% | 24.18 | -2.54% | | | |
| 6/9/2023 | 283.09 | 0.62% | 83.08 | 0.76% | 24.74 | 2.32% | | | |
| 6/12/2023 | 284.09 | 0.35% | 83.62 | 0.66% | 25.89 | 4.65% | | | |
| 6/13/2023 | 281.48 | -0.92% | 85.08 | 1.74% | 26.10 | 0.81% | | | |
| 6/14/2023 | 283.59 | 0.75% | 87.22 | 2.52% | 26.48 | 1.46% | | | |
| 6/15/2023 | 287.13 | 1.25% | 87.56 | 0.39% | 27.21 | 2.76% | | | |
| 6/16/2023 | 284.50 | -0.92% | 88.45 | 1.02% | 27.10 | -0.40% | | | |

DGK-3

Closing Prices and Daily Return

| Date | Price | Return | Price | Return | Price | Return |
|---|---|---|---|---|---|---|
| 6/20/2023 | 288.71 | 1.48% | 88.25 | -0.24% | 27.14 | 0.15% |
| 6/21/2023 | 289.08 | 0.13% | 87.63 | -0.70% | 26.91 | -0.85% |
| 6/22/2023 | 291.41 | 0.81% | 87.41 | -0.25% | 26.38 | -1.97% |
| 6/23/2023 | 287.85 | -1.22% | 87.48 | 0.08% | 25.01 | -5.19% |
| 6/26/2023 | 296.74 | 3.09% | 87.00 | -0.55% | 25.98 | 3.88% |
| 6/27/2023 | 293.87 | -0.97% | 87.15 | 0.17% | 26.24 | 1.00% |
| 6/28/2023 | 294.54 | 0.23% | 86.36 | -0.91% | 26.17 | -0.27% |
| 6/29/2023 | 290.98 | -1.21% | 86.77 | 0.47% | 25.54 | -2.41% |
| 6/30/2023 | 288.34 | -0.91% | 88.10 | 1.53% | 24.54 | -3.92% |
| 7/3/2023 | 283.43 | -1.70% | 87.14 | -1.09% | 24.66 | 0.49% |
| 7/5/2023 | 281.99 | -0.51% | 86.87 | -0.31% | 24.45 | -0.85% |
| 7/6/2023 | 277.68 | -1.53% | 86.07 | -0.92% | 23.95 | -2.04% |
| 7/7/2023 | 278.67 | 0.36% | 85.89 | -0.21% | 24.36 | 1.71% |
| 7/10/2023 | 285.53 | 2.46% | 86.45 | 0.65% | 24.93 | 2.34% |
| 7/11/2023 | 282.50 | -1.06% | 87.29 | 0.97% | 27.15 | 8.90% |
| 7/12/2023 | 285.49 | 1.06% | 87.57 | 0.32% | 29.44 | 8.43% |
| 7/13/2023 | 285.75 | 0.09% | 88.05 | 0.55% | 29.59 | 0.51% |
| 7/14/2023 | 290.89 | 1.80% | 87.65 | -0.45% | 30.13 | 1.82% |
| 7/17/2023 | 287.96 | -1.01% | 86.71 | -1.07% | 30.58 | 1.49% |
| 7/18/2023 | 285.39 | -0.89% | 86.60 | -0.13% | 31.82 | 4.05% |
| 7/19/2023 | 287.82 | 0.85% | 86.12 | -0.55% | 31.59 | -0.72% |
| 7/20/2023 | 278.83 | -3.12% | 89.35 | 3.75% | 30.44 | -3.64% |
| 7/21/2023 | 284.28 | 1.95% | 88.96 | -0.44% | 33.06 | 8.61% |
| 7/24/2023 | 279.60 | -1.65% | 88.76 | -0.22% | 33.75 | 2.09% |
| 7/25/2023 | 281.74 | 0.77% | 88.96 | 0.23% | 33.49 | -0.77% |
| 7/26/2023 | 280.87 | -0.31% | 90.40 | 1.62% | 36.22 | 8.15% |
| 7/27/2023 | 277.57 | -1.17% | 88.51 | -2.09% | 34.58 | -4.53% |
| 7/28/2023 | 280.53 | 1.07% | 88.25 | -0.29% | 35.67 | 3.15% |
| 7/31/2023 | 276.75 | -1.35% | 87.76 | -0.56% | 34.92 | -2.10% |
| 8/1/2023 | 270.94 | -2.10% | 87.68 | -0.09% | 32.25 | -7.65% |
| 8/2/2023 | 268.74 | -0.81% | 85.46 | -2.53% | 32.50 | 0.78% |
| 8/3/2023 | 265.28 | -1.29% | 84.49 | -1.14% | 31.99 | -1.57% |
| 8/4/2023 | 263.14 | -0.81% | 84.04 | -0.53% | 33.41 | 4.44% |
| 8/7/2023 | 260.85 | -0.87% | 84.72 | 0.81% | 30.12 | -9.85% |
| 8/8/2023 | 238.34 | -8.63% | 82.24 | -2.93% | 28.13 | -6.61% |
| 8/9/2023 | 229.69 | -3.63% | 82.94 | 0.85% | 28.62 | 1.74% |
| 8/10/2023 | 233.66 | 1.73% | 83.12 | 0.22% | 29.31 | 2.41% |
| 8/11/2023 | 225.28 | -3.59% | 83.45 | 0.40% | 28.44 | -2.97% |
| 8/14/2023 | 223.89 | -0.62% | 83.16 | -0.35% | 28.85 | 1.44% |
| 8/15/2023 | 219.08 | -2.15% | 82.84 | -0.38% | 28.88 | 0.10% |
| 8/16/2023 | 210.60 | -3.87% | 81.57 | -1.53% | 27.87 | -3.50% |
| 8/17/2023 | 208.29 | -1.10% | 81.56 | -0.01% | 28.78 | 3.27% |
| 8/18/2023 | 205.11 | -1.53% | 81.52 | -0.05% | 29.17 | 1.36% |
| 8/21/2023 | 196.52 | -4.19% | 81.61 | 0.11% | 27.79 | -4.73% |
| 8/22/2023 | 197.74 | 0.62% | 83.72 | 2.59% | 28.33 | 1.94% |

PODD shares declined 8.63% on August 8, 2023 after Novo Nordisk released positive study results for its GLP-1 drug Wegovy before market open.

*Sources:*
*https://finance.yahoo.com/quote/PODD/history?period1=1677110400&period2=1692748800&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true*
*https://finance.yahoo.com/quote/MDT/history?period1=1677110400&period2=1692748800&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true*
*https://finance.yahoo.com/quote/TNDM/history?period1=1677110400&period2=1692748800&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true*
*https://www.prnewswire.com/news-releases/medtronic-to-acquire-wearable-insulin-patch-maker-eoflow-301834506.html*
*https://www.reuters.com/business/healthcare-pharmaceuticals/novos-weight-loss-drug-wegovy-cuts-risk-heart-disease-by-20-trial-data-2023-08-08/*
*https://www.cnbc.com/2023/08/08/wegovy-novo-nordisk-shares-pop-after-trial-data-exceeds-expectations.html*