IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>*Defendants*. | Case No. 1:23-cv-11780-FDS |

## DECLARATION OF JESSE KIM

I, Jesse Kim, state under penalty of perjury that the foregoing is true and correct:

1. I have personal knowledge of the facts contained within this declaration unless otherwise specified herein, and if called as a witness, could testify competently to the matters herein.

2. I am the CEO of EOFlow Co., Ltd ("EOFlow").

### EOFlow and EOPatch Development

3. EOFlow is a Korean-based company founded in 2011 to create and deliver disposable, wearable insulin pump patches to diabetes patients. EOFlow developed its EOPatch product line to serve this population and provide a cost-effective tube-free insulin pump patch as an alternative to the Omnipod from Insulet Corporation ("Insulet").

4. The initial design began with the EOPatch Version 1 in 2011 and took a large team of EOFlow engineers in Korea several years to develop. ███████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████

5. Flex never manufactured any part of EOPatch Version 1 or EOPatch Version 2 for EOFlow. Flex also did not convey to EOFlow any confidential information of Insulet, including information related to manufacturing, based on our investigation to date.

6. EOFlow obtained regulatory approval for EOPatch Version 1 from the Korean Ministry of Food and Drug Safety on December 13, 2017 and began selling the device in Korea soon after.

7. EOFlow was not, however, finished iterating on the EOPatch. In parallel with the ongoing activity for Version 1, a large team of Korea-based engineers began development on the next iteration of EOPatch, Version 2. ███████████████████████████████████████████████████████████████████████████████████

8. The Korean-based engineering team also made improvements on critical components to Version 2, including the actuator. The actuator in EOPatch Version 2 uses a positive displacement pump that operates by electro-osmosis, also known as an electroosmotic pump. The soft cannula is less than an inch and enters the patient's skin vertically.

9. ████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████

10. ██████████████████████████████████████████████

██████████████████████████ However, there are some important differences between the EOPatch Version 2 and the Omnipod.

11. For example, the Omnipod actuator uses a shape memory alloy (*e.g.*, nitinol) that expands and contracts, driving the needle in the device. This is a fundamentally different mechanism than the electrostatic pump that EOFlow Korean engineers implemented in EOPatch Version 2. The EOPatch also employs a shorter needle than Omnipod, injected at a different angle.

12. EOFlow began creating physical samples of its EOPatch Version 2 by early-to-mid 2018, contemporaneous with widely publicizing and marketing the device. To demonstrate the internal components for the EOFlow Patch Version 2 to potential customers, business partners, and/or distributors, EOFlow developed several EOPatch Version 2 samples with a clear casing, as shown below:



13. EOFlow also began showcasing the EOPatch Version 2 at multiple trade shows throughout Asia, Europe, and the United States starting in 2018. Among these trade shows,

3

EOFlow was present at the June 2018 American Diabetes Association Conference held in Orlando, Florida.  There, EOFlow displayed both EOPatch Version 1 and Version 2 in their clear case covers to permit attendees to inspect the internal components of the device.  I have reproduced an accurate photograph of EOFlow's booth at the 2018 ADA Conference with the displayed EOPatch devices below.  Insulet employees were in attendance and approached EOFlow's booth to inspect these devices.



14.     EOFlow has invested considerable time and capital to improve its product and develop a distribution chain for its product in Asia and Europe.

15.     EOFlow obtained regulatory approval for EOPatch Version 2 from the Korean Ministry of Food and Drug Safety in July 2019.  By April 2021, EOPatch Version 2 was publicly available online in Korea.

16.     EOFlow also submitted an audit plan for obtaining CE mark approval for European distribution of the EOPatch Version 2.  Version 2 received CE mark approval in May 2021.

17.     EOFlow initially considered expanding into the United States market, and to that end, submitted an FDA 501(k) pre-market approval application in December 2022.  ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████████████████████████████████████
████████████

18. EOFlow's success with its EOPatch product line has invited partnering and/or acquisition discussions with multiple companies, including Insulet and Medtronic. Insulet and EOFlow discussed a possible joint venture or acquisition for years. Leading into late 2022, Insulet requested an informal right of first refusal if EOFlow considered a similar business arrangement with other medical device manufacturers.

19. As part of its business discussions, EOFlow entered into serious acquisition discussions with Medtronic that resulted in conducting due diligence with EOFlow to acquire the business. EOFlow and Medtronic reached an acquisition deal in May 2023. Before the filing of this lawsuit in early August 2023, ████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████████████████

20. Medtronic's acquisition of EOFlow has been thoroughly publicized in industry news outlets and is well-known in the market. ████████████████████████████ ██████████████████████████████████████████████████ ████████████ The market is also well-aware that Insulet has sued EOFlow.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: August 25, 2023    /s/ _____
                          Jesse Kim

6