UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INSULET CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | 23-11780-FDS |
| EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## TEMPORARY RESTRAINING ORDER

**SAYLOR, C.J.**

After a hearing and a review of the pleadings, for good cause shown, and pursuant to Fed. R. Civ. P. 65, the Court hereby temporarily restrains defendants EOFlow Co., Ltd., and EOFlow, Inc. (together, "EOFlow"), whether acting alone or in concert with others, as follows:

1. EOFlow is hereby restrained from further disclosing product or manufacturing technical information related to the EOPatch or Omnipod products, including (1) the design drawings and specifications for the products' physical components and their subassemblies; (2) the manufacturing and quality control instructions for each component and assembly; (3) revision histories and failure modes for each component design; (4) the bill of materials and lists of vendor pricing and capabilities for sourcing of components and raw materials; (5) process-validation procedures, and (6) the software specifications for the device software, especially

the occlusion detection algorithm) to any third party, including without limitation to Medtronic plc or any entity or individual affiliated with or employed by Medtronic plc, except as provided in paragraph 3.

2. Pursuant to Fed. R. Civ. P. 65(d)(2), the restrictions set forth in paragraph 1 apply to any officers, agents, servants, employees, or attorneys of EOFlow, as well as any other persons who are in active concert or participation with any of them.

3. Notwithstanding the restrictions set forth in paragraph 1, EOFlow may disclose such information to counsel for Medtronic plc or its affiliates who have direct responsibility for monitoring and/or participating in this litigation. Such disclosure shall be on an "Attorneys' Eyes Only" basis—that is, it may be made only to such counsel, and not to any other agent or employee of Medtronic plc, pending further court order. Information so disclosed may only be used by the recipients for the purpose of monitoring and/or participating in this litigation. EOFlow shall provide the names, positions, and addresses of persons to whom such disclosure has been made to counsel for Insulet Corporation within 24 hours after such disclosure.

4. Within seven days of the issuance of this order, EOFlow shall file on the public docket a proof of service of this order on counsel for Medtronic plc.

This temporary restraining order shall expire in 14 days (that is, on September 12, 2023) unless modified, dissolved, or extended by the Court, or superseded by a preliminary injunction issued after a hearing.

**So Ordered.**

                                                /s/ F. Dennis Saylor IV
                                                F. Dennis Saylor IV
                                                Chief Judge, United States District Court

Dated:  August 29, 2023, at 4:35 p.m., in Boston, Massachusetts