IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>*Defendants*. | Case No. 1:23-cv-11780-FDS |

### EOFLOW DEFENDANTS' ASSENTED TO MOTION TO SEAL MOTION FOR RECONSIDERATION OR CLARIFICATION AND EXHIBITS

Pursuant to Local Rule 7.2, Defendants EOFlow, Co. LTD, EOFlow, Inc. (collectively EOFlow) and individual defendants Luis J. Malave, Steven DiIanni and Ian Welsford, hereby move to impound unredacted versions of their Motion for Reconsideration or Clarification of the Court's Preliminary Injunction and the accompanying exhibits.

Defendants' Motion and the accompanying exhibits contain information designated as confidential under the default protective order, including information related to the parties' confidential financial and business information. As such, Defendants respectfully request that the Motion for Reconsideration or Clarification of the Court's Preliminary Injunction and the exhibits be sealed until further order of the Court.

Defendants will serve Plaintiff with unredacted copies of these materials via email. Unredacted copies of the Motion and accompanying exhibits will be submitted to the Court upon

allowance of this motion. To the extent permitted by the Court after decision on this motion and after meeting and conferring with Plaintiff concerning redactions, Defendants will file on the docket redacted versions of the Motion and accompanying exhibits. Plaintiff assents to this motion.

Dated: October 12, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Nathan Hamstra*
　　　　　　　　　　　　　　　　　　　　　Nathan Hamstra (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　191 N. Wacker Drive, Suite 2700
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 705-7400
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 705-7401
　　　　　　　　　　　　　　　　　　　　　nathanhamstra@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　　Patrick Curran (BBO# 568701)
　　　　　　　　　　　　　　　　　　　　　Stacylyn Doore (BBO# 678449)
　　　　　　　　　　　　　　　　　　　　　William Weinreb (BBO# 557826)
　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue, Suite 520
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02199
　　　　　　　　　　　　　　　　　　　　　Tel: (617) 712-7100
　　　　　　　　　　　　　　　　　　　　　Fax: (617) 712-7200
　　　　　　　　　　　　　　　　　　　　　patrickcurran@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　stacylyndoore@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　billweinreb@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　　Adam S. Gershenson (BBO #671296)
　　　　　　　　　　　　　　　　　　　　　Michael Sheetz (BBO #548776)
　　　　　　　　　　　　　　　　　　　　　Cooley LLP
　　　　　　　　　　　　　　　　　　　　　500 Boylston Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116-3736
　　　　　　　　　　　　　　　　　　　　　Telephone:　(617) 937-2300
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(617) 937-2400
　　　　　　　　　　　　　　　　　　　　　agershenson@cooley.com
　　　　　　　　　　　　　　　　　　　　　msheetz@cooley.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants EOFlow Co. Ltd.,*
　　　　　　　　　　　　　　　　　　　　　*EOFlow Inc., Luis J. Malave, Steven DiIanni, and*
　　　　　　　　　　　　　　　　　　　　　*Ian G. Welsford*

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Defendants have complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiff regarding this motion on or about October 12, 2023, and that Plaintiff assented to this motion.

/s/ *Nathan Hamstra*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed on October 12, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Nathan Hamstra*