IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>*Defendants*. | Case No. 1:23-cv-11780-FDS |

**DEFENDANTS' MOTION TO EXPEDITE BRIEFING ON DEFENDANTS' MOTION FOR MODIFICATION OR CLARIFICATION OF PRELIMINARY INJUNCTION**

Defendants respectfully move for an order setting an expedited briefing schedule and expedited consideration of Defendants' Motion for Modification Or Clarification of Preliminary Injunction ("Motion for Modification") filed currently herewith. Specifically, Defendants requests that Plaintiff Insulet corporation ("Insulet") be ordered to file and serve any opposition to Defendants' Motion for Modification by Wednesday, October 18, 2023, and that Defendants be ordered to file and serve a reply in support of the Motion for Modification by Thursday, October 19, 2023. Defendants further request that the Court schedule a hearing on the Motion for Modification on Friday, October 20, 2023 or as soon as practical thereafter, and rule on the Motion as soon as possible. Grounds for this Motion are as follows:

1.       This Court "[has] the inherent authority to manage [its] dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016).

2.       The Motion for Modification concerns a very narrow issue. Specifically, it requests that the Court to strike or limit one paragraph of the preliminary injunction.

3.       The issue presented in the Motion for Modification requires expediated briefing and consideration due to its imminent threat to public health and patient safety, as thousands of EOFlow's patients outside of the United States rely on the EOPatch devices to manage their diabetes symptoms and have already or will soon run out of EOPatch devices.

4.       Expedited consideration and resolution of the Motion for Modification is in the best interests of judicial economy because it will allow the Court to resolve issues concerning the preliminary injunction before delving into the merits of the case.

5.       Insulet will not be prejudiced by the expedited briefing schedule. As previously discussed, the Motion for Modification concerns a narrow issue. The parties have also already conferred and Insulet was on notice of the issue before the filing of this motion.

WHEREFORE, for the reasons set above, Defendants respectfully request that the Court grant this motion to expedite briefing on Defendants' Motion for Modification .

Dated: October 13, 2023                        Respectfully submitted,

                                                      /s/ *Patrick Curran*
                                                      Patrick Curran (BBO# 568701)
                                                      Stacylyn Doore (BBO# 678449)
                                                      William Weinreb (BBO# 557826)
                                                      QUINN EMANUEL URQUHART &
                                                      SULLIVAN, LLP
                                                      111 Huntington Avenue, Suite 520

Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com
billweinreb@quinnemanuel.com
Nathan Hamstra (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 705-7400
Fax: (312) 705-7401
nathanhamstra@quinnemanuel.com

Adam S. Gershenson (BBO #671296)
Michael Sheetz (BBO #548776)
Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone:   (617) 937-2300
Facsimile:   (617) 937-2400
agershenson@cooley.com
msheetz@cooley.com

*Counsel for Defendants EOFlow Co. Ltd., EOFlow Inc., Luis J. Malave, Steven DiIanni, and Ian G. Welsford*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on October 13, 2023 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

                                             /s/ *Patrick Curran*