**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INSULET CORPORATION,<br><br>        *Plaintiff*,<br><br> v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>        *Defendants*. | No. 1:23-cv-11780-FDS |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS FLEX, LTD.; FLEXTRONICS CORPORATION; AND FLEXTRONICS MEDICAL SALES AND MARKETING

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Insulet Corporation ("Insulet"), by and through undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of Defendants Flex, Ltd.; Flextronics Corporation; and Flextronics Medical Sales and Marketing (collectively, the "Flex Defendants"). The Flex Defendants have not answered or moved for summary judgment.

This voluntary dismissal is without prejudice and applies only to the Flex Defendants. This action will continue against all other defendants: EOFlow Co., Ltd.; EOFlow, Inc.; Luis J. Malave; Steven DiIanni; and Ian G. Welsford (collectively, the "Remaining Defendants").

2

DATED: October 13, 2023

        INSULET CORPORATION

        By its attorneys,

*/s/ Robert D. Carroll*
Robert D. Carroll (BBO# 662736)
Robert Frederickson III (BBO# 670111)
Scott T. Bluni (BBO# 660187)
Gerard J. Cedrone (BBO# 699674)
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 321-4397
RCarroll@goodwinlaw.com
RFrederickson@goodwinlaw.com
SBluni@goodwinlaw.com
GCedrone@goodwinlaw.com

Jenny Zhang (BBO# 689838)
Matthew Ginther (*pro hac vice*)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Tel: (202) 346-1000
Fax: (202) 346-4444
JZhang@goodwinlaw.com
MGinther@goodwinlaw.com

James Breen (*pro hac vice*)
Timothy Keegan (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
JamesBreen@goodwinlaw.com
TKeegan@goodwinlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2023, a copy of Insulet Corporation's Notice of Voluntary Dismissal was served through the CM/ECF filing system on all registered counsel of record for Defendants.

                                    By:    */s/Robert D. Carroll*
                                                Robert D. Carroll