# IN UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>　　　　Defendants. | Case No. 23-cv-11780 |

## EOFLOW AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS COUNT XIII

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants EOFlow, Ltd., EOFlow, Inc., Luis J. Malave, Steven DiIanni, and Ian G. Welsford hereby move to dismiss Count XIII of the Complaint (Dkt. No. 1, the "Complaint," or "Compl.") with prejudice. As grounds for this motion, Defendants rely on and incorporate fully their Memorandum of Law in Support of EOFlow and Individual Defendants' Motion to Dismiss Count XIII.

　　Respectfully submitted,

| | |
|---|---|
| Dated October 13, 2023 | /s/ *Patrick Curran* |
| | Patrick Curran (BBO# 568701) |
| | Stacylyn Doore (BBO# 678449) |
| | William Weinreb (BBO# 557826) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 111 Huntington Avenue, Suite 520 |
| | Boston, MA 02199 |
| | Tel: (617) 712-7100 |
| | Fax: (617) 712-7200 |
| | patrickcurran@quinnemanuel.com |
| | stacylyndoore@quinnemanuel.com |
| | billweinreb@quinnemanuel.com |
| | |
| | Nathan Hamstra (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 191 N. Wacker Drive, Suite 2700 |
| | Chicago, Illinois 60606 |
| | Tel: (312) 705-7400 |
| | Fax: (312) 705-7401 |
| | nathanhamstra@quinnemanuel.com |
| | |
| | Adam S. Gershenson (BBO #671296) |
| | Michael Sheetz (BBO #548776) |
| | Cooley LLP |
| | 500 Boylston Street |
| | Boston, MA 02116-3736 |
| | Telephone:   (617) 937-2300 |
| | Facsimile:   (617) 937-2400 |
| | agershenson@cooley.com |
| | msheetz@cooley.com |
| | |
| | *Counsel for Defendants EOFlow Co. Ltd., EOFlow Inc., Luis J. Malave, Steven DiIanni, and Ian G. Welsford* |

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs regarding this Motion. The parties were unable to agree with respect to the issues raised in the Motion, and are thus at an impasse and require the Court's assistance to resolve the dispute.

/s/ *Patrick Curran*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on October 13, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 13, 2023

/s/ *Patrick Curran*
Patrick Curran