**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INSULET CORPORATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.;<br>LUIS J. MALAVE; STEVEN DIIANNI; and<br>IAN G. WELSFORD,<br><br>    *Defendants*. | Case No. 1:23-cv-11780-FDS |

**EOFLOW DEFENDANTS' ASSENTED TO MOTION TO SEAL REPLY IN SUPPORT OF MOTION FOR MODIFICATION OR CLARIFICATION AND EXHIBITS**

Pursuant to Local Rule 7.2, Defendants EOFlow, Co. LTD, EOFlow, Inc. (collectively EOFlow) and individual defendants Luis J. Malave, Steven DiIanni and Ian Welsford, hereby move to impound unredacted versions of their Reply in Support of Motion for Modification or Clarification of the Court's Preliminary Injunction and the accompanying exhibits.

Defendants' Reply and the accompanying exhibits contain information designated as confidential under the default protective order, including information related to the parties' confidential financial and business information. As such, Defendants respectfully request that the Reply in Support of Motion for Modification or Clarification of the Court's Preliminary Injunction and the exhibits be sealed until further order of the Court.

Defendants will serve Plaintiff with unredacted copies of these materials via email. Unredacted copies of the Reply and accompanying exhibits will be submitted to the Court upon allowance of this motion. To the extent permitted by the Court after decision on this motion and

1

after meeting and conferring with Plaintiff concerning redactions, Defendants will file on the docket redacted versions of the Reply and accompanying exhibits. Plaintiff assents to this motion.

Dated: October 19, 2023                             Respectfully submitted,

/s/ *Patrick Curran*
Patrick Curran (BBO# 568701)
Stacylyn Doore (BBO# 678449)
William Weinreb (BBO# 557826)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com
billweinreb@quinnemanuel.com

Nathan Hamstra (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 705-7400
Fax: (312) 705-7401
nathanhamstra@quinnemanuel.com

Adam S. Gershenson (BBO #671296)
Michael Sheetz (BBO #548776)
Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone:   (617) 937-2300
Facsimile:   (617) 937-2400
agershenson@cooley.com
msheetz@cooley.com

*Counsel for Defendants EOFlow Co. Ltd., EOFlow Inc., Luis J. Malave, Steven DiIanni, and Ian G. Welsford*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiff regarding this motion on or about October 19, 2023, and that Plaintiff assented to this motion.

/s/ *Patrick Curran*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on October 19, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Patrick Curran*