UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>       *Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.;<br>LUIS J. MALAVE; STEVEN DIIANNI; and<br>IAN G. WELSFORD,<br><br>       *Defendants*. | No. 1:23-cv-11780-FDS |

### INSULET'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Insulet Corporation ("Insulet") intends to file tomorrow (October 20, 2023) an opposition to Defendants' Motion for Reconsideration or Clarification of the Court's Preliminary Injunction ("Opposition Brief") and supporting declarations and exhibits. In anticipation thereof, and pursuant to Local Rules 7.1 and 7.2, Insulet respectfully requests that the Court enter an order granting Insulet leave to file its Opposition Brief and several of its supporting declarations and exhibits under seal and impounding the same until further Court order. In consideration of the public's presumptive right to access the proceedings of this Court, Insulet will prepare and file on the public docket redacted versions of all filings that Insulet anticipates filing under seal.

The portions of the Opposition Brief, declarations, and exhibits that would be redacted primarily discuss information designated as confidential under the default protective order, including Insulet's proprietary and confidential trade secrets and information related to the parties' confidential financial and business information.

1

2

Insulet has communicated its intent to file this motion for leave to file under seal with counsel for Defendants EOFlow, Inc., EOFlow Co., Ltd., Luis J. Malave; Steven DiIanni, and Ian G. Welsford (collectively, "Defendants"). Defendants have stated that they do not oppose this motion.

Insulet will serve unredacted copies of its Opposition Brief, and supporting declarations and exhibits on all Defendants' counsel via secure file transfer. These materials will be designated confidential pursuant to the Court's Default Protective Order as provided in Local Rule 16.6.

October 19, 2023 **INSULET CORPORATION**

By: */s/ Robert D. Carroll*
Robert D. Carroll (BBO# 662736)
Robert Frederickson III (BBO# 670111)
Scott T. Bluni (BBO# 660187)
Gerard J. Cedrone (BBO# 699674)
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
RCarroll@goodwinlaw.com
RFrederickson@goodwinlaw.com
SBluni@goodwinlaw.com
GCedrone@goodwinlaw.com

Jenny Zhang (BBO# 689838)
Matthew Ginther (*pro hac vice*)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-1000
JZhang@goodwinlaw.com
MGinther@goodwinlaw.com

Alexandra Valenti (*pro hac vice*)
James Breen (*pro hac vice*)
Timothy Keegan (*pro hac vice*)
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
AValenti@goodwinlaw.com
JamesBreen@goodwinlaw.com
TKeegan@goodwinlaw.com

*Attorneys for Plaintiff Insulet Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that on October 18, 2023, counsel for Plaintiff conferred with counsel for Defendants EOFlow, Inc., EOFlow Co., Ltd., Luis J. Malave; Steven DiIanni, and Ian G. Welsford in an effort to resolve or narrow the issue. Counsel for these Defendants stated that they do not oppose the requested relief.

By: */s/ Robert D. Carroll*
Robert D. Carroll

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was filed on October 19, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      By:    */s/Robert D. Carroll*
                 Robert D. Carroll