IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>*Defendants*. | Case No. 1:23-cv-11780-FDS |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants EOFlow Co., Ltd. and EOFlow, Inc. (collectively, "EOFlow") appeal to the United States Court of Appeals for the Federal Circuit from the Court's Amended Preliminary Injunction dated October 24, 2023 (ECF No. 158), granting Plaintiff's motion for preliminary injunction (ECF No. 30), and each and every part thereof. EOFlow's appeal also necessarily includes all decisions and rulings that underlie or are intertwined with that order, including but not limited to the transcript of the Court's conference and oral ruling regarding Plaintiff's motion for preliminary injunction held on October 4, 2023 (ECF No. 124), the Court's Preliminary Injunction dated October 6, 2023 (ECF No. 126), and the transcript of the Court's conference and oral ruling regarding Defendants' emergency motion for modification or clarification of preliminary injunction held on October 23, 2023 (ECF No. 156).

Dated: November 6, 2023

Respectfully submitted,

/s/ *Adam S. Gershenson*
Adam S. Gershenson (BBO #671296)
Michael Sheetz (BBO #548776)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone:   (617) 937-2300
Facsimile:   (617) 937-2400
agershenson@cooley.com
msheetz@cooley.com

Lowell D. Mead (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400
lmead@cooley.com

Dustin Knight (*pro hac vice*)
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:   (703) 456-8708
Facsimile:   (703) 456-8100
dknight@cooley.com

William Weinreb (BBO #557826)
Patrick Curran (BBO #568701)
Stacylyn Doore (BBO #678449)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200
billweinreb@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com

Nathan Hamstra (*pro hac vice*)
QUINN EMANUAL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401
nathanhamstra@quinnemanuel.com

*Counsel for Defendants EOFlow Co. Ltd. and EOFlow Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on November 6, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ *Adam S. Gershenson*
Adam S. Gershenson