**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INSULET CORPORATION,<br><br>    *Plaintiff,*<br><br>    v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; FLEX, LTD.; FLEXTRONICS CORPORATION; FLEXTRONICS MEDICAL SALES AND MARKETING, LTD.; LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>    *Defendants.* | Case No. 1:23-cv-11780-FDS |

**MOTION TO EXTEND CASE DEADLINES**

Significant progress has been made by the Parties in their discovery efforts to date, but several factors—including changes in counsel, the voluminous expansion of Plaintiff's trade secret identifications, new counsel's availability for trial presently contemplated for May 2023, holiday schedules, and the logistical realities and complications of conducting discovery in Korea—means that much remains to be done, and accommodations would be appreciated.  As a result, Defendants respectfully submit that the Parties cannot adequately meet the deadlines in the remaining time provided for in the Scheduling Order (ECF No. 145) and consequently request a modest extension of the case schedule to address those deadlines and to accommodate scheduling conflicts.  Accordingly, in accordance with Federal Rule of Civil Procedure 16(b)(4) and the Local Rules of the United States District Court for the District of Massachusetts, Defendants respectfully move the Court to enter an Amended Order extending case deadlines.

1

In support of this Motion, Defendants state as follows:

1.     The Court entered a case schedule on October 17, 2023 (ECF No. 145), which sets the following deadlines:

| Event | Current Deadline |
|---|---|
| Plaintiffs' Supplemental Trade Secret Identification | October 27, 2023 |
| Substantial completion of document production | November 30, 2023 |
| Fact Discovery – Deadline for service of written discovery requests | December 14, 2023 |
| Fact Discovery Completion Deadline | January 22, 2023 |
| Status Conference | First week of February, 2024 |
| Expert Discovery – Plaintiff's trial experts designated and disclosed by: | February 16, 2024 |
| Expert Discovery – Defendants' trial experts designated and disclosed by: | March 15, 2024 |
| Expert Discovery Deadline | April 5, 2024 |
| Filing of Dispositive and Daubert Motions | April 12, 2024 |
| Opposition Briefs to Dispositive and Daubert Motions | April 26, 2024 |
| Reply Briefs in Support of Dispositive and Daubert Motions | May 3, 2024 |
| Initial Pretrial Conference | May 2024, at the Court's convenience |
| Jury Trial on Liability and Damages for Trade Secret Misappropriation and Related Claims | May 2024, at the Court's availability |

2.     Ten days after the case schedule was set, Plaintiff served its Supplemental Identification of Trade Secrets on October 27, 2023, which purports to disclose thirty-three (33) categories of trade secret information, with many of the categories purporting to encompass several individual trade secrets;

3.     Plaintiff's Supplemental Identification of Trade Secrets differs substantially from its Preliminary Identification of Trade Secrets served on September 1, 2023, including by expanding the categories of purported trade secret information from nineteen (19) to thirty-three (33), and by supplementing previously disclosed categories of purported trade secrets with additional alleged trade secret information and document citations;

4.   Defendants continue to diligently conduct discovery, including the review and production of thousands of documents, many of which are Korean-language documents, and in consideration of Plaintiff's voluminous Supplemental Identification of Trade Secrets;

5.   Since the Court's Order (ECF No. 145), Defendants have undergone changes in counsel, including the appearance of T. Christopher Donnelly and Nathanial Koslof on behalf of individual defendants Luis Malave, Ian Welsford, Steven DiIanni (ECF Nos. 172-177), with additional changes in representation likely to occur in the near future;

6.   Defendants approached Plaintiff with a request to modify the case schedule;

7.   Plaintiff declined to modify the case schedule;

8.   Defendants respectfully request the Court enter an Amended Scheduling Order which revises the following dates from the operative Scheduling Order:

| Event | Current Deadline | Amended |
|---|---|---|
| Plaintiffs' Supplemental Trade Secret Identification | October 27, 2023 | N/A |
| Substantial completion of document production | November 30, 2023 | December 21, 2023 |
| Fact Discovery – Deadline for service of written discovery requests | December 14, 2023 | January 18, 2024 |
| Fact Discovery Completion Deadline | January 22, 2023 | March 8, 2024 |
| Status Conference | First week of February, 2024 | Early March 2024, at the Court's availability |
| Expert Discovery – Plaintiff's trial experts designated and disclosed by: | February 16, 2024 | March 29, 2024 |
| Expert Discovery – Defendants' trial experts designated and disclosed by: | March 15, 2024 | April 26, 2024 |
| Expert Discovery Deadline | April 5, 2024 | May 16, 2024 |
| Filing of Dispositive and Daubert Motions | April 12, 2024 | May 23, 2024 |
| Opposition Briefs to Dispositive and Daubert Motions | April 26, 2024 | June 11, 2024 |
| Reply Briefs in Support of Dispositive and Daubert Motions | May 3, 2024 | June 18, 2024 |

| Event | Current Deadline | Amended |
|---|---|---|
| Initial Pretrial Conference | May 2024, at the Court's convenience | August 2024, at the Court's convenience |
| Jury Trial on Liability and Damages for Trade Secret Misappropriation and Related Claims | May 2024, at the Court's availability | August 2024, at the Court's availability |

    9.   Counsel for Defendants will be prepared to discuss this Motion at the November 16, 2023 Status Conference.

Dated: November 15, 2023

Respectfully submitted,


/s/ *Adam S. Gershenson*

Adam S. Gershenson (BBO #671296)
Michael Sheetz (BBO #548776)
Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone:   (617) 937-2300
Facsimile:   (617) 937-2400
agershenson@cooley.com
msheetz@cooley.com

*Counsel for Defendants EOFlow Co. Ltd.,*
*EOFlow Inc., and Jesse Kim*

/s/ *T. Christopher Donnelly*

T. Christopher Donnelly (BBO #129930)
Nathaniel R.B. Koslof (BBO #691094)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
Tel;  (617) 720-2880
Fax: (617) 720-3554
tcd@dcglaw.com
nrbk@dcglaw.com

*Counsel for Defendants Luis J. Malave, Steven*
*DiIanni, and Ian G. Welsford*

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel certifies that counsel of record has conferred in good faith with counsel for Plaintiff.  The parties have been unable to resolve or narrow the issue.

_/s/ Adam S. Gershenson_
Adam S. Gershenson

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on November 15, 2023 the foregoing, filed through the

ECF system, will be sent electronically to the registered participants on the Notice of Electronic

Filing and paper copies will be sent to any non-registered participants.

*/s/ Adam S. Gershenson*
Adam S. Gershenson