UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INSULET CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 23-11780-FDS |
| EOFLOW CO., LTD.; et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER ON PLAINTIFF'S MOTION TO COMPEL AND ON OUTSTANDING DISCOVERY DISPUTES

This matter is before the court on Plaintiff Insulet Corporation's ("Insulet") "Motion to Compel Discovery from Defendants" ("Motion to Compel") (Docket No. 186), certain "corollary discovery issues," as described in the parties' "Joint Submission on Status of Outstanding Discovery Disputes" ("Joint Submission") (Docket No. 218), and a dispute over certain redactions to a proposed supplemental submission. After consideration of the parties' written submissions and their oral arguments, and confirming the orders as issued in open court, it is hereby ORDERED as follows:

**Insulet's Motion to Compel (Docket No. 186)**[1]

Insulet's Motion to Compel is ALLOWED IN PART and DENIED IN PART, as follows:

1. Insulet's requests with respect to the following issues are DENIED AS MOOT in light of the parties' compromises:

   a) the production of EOFlow's agreements and communications with Medtronic;

---

[1] Because the parties addressed, in their Joint Submission, certain compromises they had reached with respect to the Motion to Compel but also raised new issues within the submission, this Order considers the disputes in the form and in the order in which they are presented in the Joint Submission (Docket No. 218).

b) the collection of available KakaoTalk application messages and emails from the non-EOFlow account of Individual Defendant Luis Malave, and the collection of emails from Defendant Ian Welsford's personal email accounts; and

c) the terms of a protocol for forensic inspection of electronic devices in the control of Mr. Malave, Mr. Welsford, and Mr. DiIanni.  (See Docket No. 218 at 1).

With respect to the issues remaining in Insulet's Motion to Compel:

**Production of Mr. Kim's KakaoTalk Chat Messages**

2. Insulet's Motion to Compel the production of Mr. Kim's KakaoTalk chat messages is ALLOWED WITHOUT PREJUDICE, with the instruction that:

Defendants shall complete their search and shall produce all responsive, non-privileged documents, but such chat messages shall only include those from 2022 up until August 3, 2023, the date on which this action was filed.  In the event Defendants are unable to locate the messages or production of the messages is unduly burdensome, Defendants may seek a protective order.

**Production of KakaoTalk Chat Messages from Other EOFlow ESI Custodians**

3. Insulet's Motion to Compel the production of KakaoTalk chat messages from other EOFlow ESI Custodians is ALLOWED WITHOUT PREJUDICE, with the instruction that:

Defendants shall complete their search of the backup files located on the devices associated with the ESI custodians and their search of the files relating to the one custodian still employed by EOFlow.  Defendants shall then, to the extent such chat messages exist, produce all responsive, non-privileged documents.  In the event the parties are unable to reach an agreement because of the volume of such searches, Defendants may seek a protective order.

**Production of Emails from Mr. Welsford's Nephria Bio Account**

4. Insulet's Motion to Compel the production of emails from Mr. Welsford's Nephria Bio account is DENIED WITHOUT PREJUDICE to renewal, if necessary, at a later time in the proceedings in the event that Insulet is unable to obtain such documents through its outstanding Fed. R. Civ. P. 45 subpoena to Nephria Bio.

**New Issues Raised in the Joint Submission (Docket No. 218)**

5.      With respect to the following two issues unrelated to Insulet's Motion to Compel but raised in the parties' Joint Submission, the parties shall address them with the trial judge:

   a)  Sufficiency of Insulet's Trade Secret Identification; and

   b)  Case Schedule.

**Redaction Dispute**

6.      As agreed in open court, the parties shall meet and confer with respect to this issue.  Should any dispute remain, they shall jointly notify the court by **Friday, December 15, 2023**.

DATED:  December 13, 2023

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge