UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; )<br>FLEX, LTD.; FLEXTRONICS )<br>CORPORATION; FLEXTRONICS )<br>MEDICAL SALES AND MARKETING, )<br>LTD.; LUIS J. MALAVE; STEVEN )<br>DIIANNI; and IAN G. WELSFORD, )<br><br>Defendants. ) | Civil Action No.<br>23-11780-FDS |

ORDER ON DEFENDANTS' MOTION TO BAR LANE DESBOROUGH
FROM RECEIVING CONFIDENTIAL INFORMATION

SAYLOR, C.J.

Defendants' Motion to Bar Lane Desborough from Receiving Confidential Information

(ECF No. 374) is GRANTED in part and DENIED in part.

Lane Desborough has been engaged as an expert witness by plaintiff Insulet.  Defendants

object to the sharing of any of their confidential information with Desborough on the ground that

he performs consulting work for Torramics, which is a competitor.  At this time, Desborough has

not yet received access to any confidential information in this case.

The Court is advised that Desborough is willing to end his consultancy with Torramics

before accessing any such information.  Under the circumstances, the Court finds that

Desborough will be permitted to access information in this case, provided the following

conditions are satisfied:

1.  that he terminate his consulting relationship with Torramics before gaining access to any confidential information of defendants;

2.  that he execute an appropriate non-disclosure agreement; and

3.  that he not perform further work for Torramics while this litigation is pending, or for one year after its conclusion,

    a.  without providing 30 days' notice in writing to EOFlow and

    b.  upon further order of this Court.

**So Ordered.**


          /s/ F. Dennis Saylor IV

          F. Dennis Saylor IV

Dated:  May 30, 2024          Chief Judge, United States District Court