UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>         *Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; *et al.*<br><br>         *Defendants*. | No. 1:23-cv-11780-FDS |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Insulet Corporation ("Insulet") intends to file, with leave of Court, a Motion for Adverse Inference and Sanctions Against Defendants. In anticipation thereof, and pursuant to Local Rules 7.1 and 7.2, Insulet respectfully requests that the Court enter an Order granting Insulet leave to file under seal Insulet's motion and memorandum in support of its motion, as well as Insulet's supporting declaration and exhibits thereto, and impounding the same until further Court order. The materials that would be filed under seal have been designated Highly Confidential – Outside Counsel Eye's Only under the Protective Order, and/or discuss documents designated Highly Confidential – Outside Counsel Eye's Only under the Protective Order.

In the circumstance that the Court shall lift its Order impounding these materials, Insulet respectfully requests that the materials be returned to Insulet.

Insulet has communicated its intent to file this motion for leave to file under seal with counsel for Defendants. Defendants did not respond prior to filing this motion.

June 5, 2024

Jenny Zhang (BBO No. 689838)
Matthew Ginther (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-1000
JZhang@goodwinlaw.com
MGinther@goodwinlaw.com

Alexandra D. Valenti (*pro hac vice*)
James Breen (*pro hac vice*)
Timothy Keegan (*pro hac vice*)
Arshjit Raince (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
AValenti@goodwinlaw.com
JamesBreen@goodwinlaw.com
TKeegan@goodwinlaw.com
ARaince@goodwinlaw.com

Respectfully submitted.

 /s/ *Robert D. Carroll*
Robert D. Carroll (BBO No. 662736)
Robert Frederickson III (BBO No. 670111)
Scott T. Bluni (BBO No. 660187)
Alexandra Lu (BBO No. 691114)
Gerard J. Cedrone (BBO No. 699674)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
RCarroll@goodwinlaw.com
RFrederickson@goodwinlaw.com
SBluni@goodwinlaw.com
ALu@goodwinlaw.com
GCedrone@goodwinlaw.com


*Attorneys for Plaintiff Insulet Corporation*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that on June 5, 2024, counsel for Plaintiff conferred with counsel for Defendants in an effort to resolve or narrow the issue. Defendants did not respond prior to filing this motion.

                        By:    */s/ Robert D. Carroll*
                                Robert D. Carroll

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed on June 5, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: */s/Robert D. Carroll*
Robert D. Carroll