IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>  *Plaintiff*,<br><br>  v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; NEPHRIA BIO, INC.; JESSE J. KIM (a/k/a JAE JIN KIM); LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>  *Defendants*. | Case No. 1:23-cv-11780-FDS |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants EOFlow Co., Ltd.; EOFlow, Inc.; Jesse J. Kim; Luis J. Malave; Steve DiIanni; Ian G. Welsford; and Nephria Bio, Inc. (together, "Defendants") intend to file Memorandum in Support of Defendants' Motion to Compel and for Sanctions for Insulet's Discovery Conduct Regarding "Trade Secret Summary" with accompanying Declaration of Adam Gershenson and attached exhibits (the "Memo and Exhibits"). Pursuant to Local Rules 7.1 and 7.2 certain items referenced in the Memo and Exhibits are designated as highly confidential. Defendants respectfully requests that the Court enter an order granting Defendants leave to file their Memo and Exhibits under seal and impounding the same until further Court order.

The Memo and Exhibits contain information designated as highly confidential and/or confidential under the Protective Order entered in this case (D.I. 167). As such, Defendants respectfully request that Defendants' Memo and Exhibits be sealed until further order of the Court.

Defendants will serve Plaintiff with copies of these materials upon filing of the instant motion. Copies will be submitted to the Court upon allowance of this motion.

Dated: July 9, 2024

/s/ *Adam S. Gershenson*
Michael Sheetz (BBO #548776)
Adam S. Gershenson (BBO #671296)
John O. Wray (*pro hac vice*)
Zachary Sisko (BBO #705883)
Matthew Oliver (BBO #714134)
Kimberley A. Scimeca (BBO #780962)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
(617) 937-2300
msheetz@cooley.com
agershenson@cooley.com
jwray@cooley.com
zsisko@cooley.com
moliver@cooley.com
kscimeca@cooley.com

Lowell Mead (*pro hac vice*)
Reuben Chen (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 495-5000
lmead@cooley.com
rchen@cooley.com

Elizabeth M. Flanagan (*pro hac vice*)
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
(312) 881-6383
bflanagan@cooley.com

Dustin Knight (*pro hac vice*)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004
(202) 842-7800
dknight@cooley.com

Alexandra Mayhugh (*pro hac vice*)
Wells Fargo Center, South Tower
355 South Grand Ave. Ste. 900
Los Angeles, CA 90071
(213) 561-3250
amayhugh@cooley.com

*Counsel for Defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse J. Kim*

DONNELLY, CONROY & GELHAAR, LLP

<u>*/s/ T. Christopher Donnelly*</u>
T. Christopher Donnelly (BBO #129930)
Nathaniel R.B. Koslof (BBO #691094)
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880
tcd@dcglaw.com
nrbk@dcglaw.com

*Attorneys for Defendants Luis J. Malave, Steve DiIanni, and Ian G. Welsford*


LAMBERT, SHORTELL & CONNAUGHTON

<u>/s/ *Brendan M. Shortell*</u>
Brendan M. Shortell (BBO #675851)
Justin P. Tinger (BBO #707807)
100 Franklin St., Ste. 903
Boston, MA 02110
shortell@lambertpatentlaw.com
tinger@lambertpatentlaw.com

*Attorneys for Defendant Nephria Bio, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that on July 5, 2024, counsel for EOFlow conferred with counsel for Plaintiff in an effort to resolve or narrow the issue. Counsel for Plaintiff has assented to the motion.

*/s/ Adam S. Gershenson*
Adam S. Gershenson

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 9, 2024 the foregoing Motion for Leave to File Under Seal, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic filing and paper copies will be sent to any non-registered participants.

*/s/ Adam S. Gershenson*
Adam S. Gershenson