IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>   *Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; NEPHRIA BIO, INC.; JESSE J. KIM (a/k/a JAE JIN KIM); LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>   *Defendants*. | Case No. 1:23-cv-11780-FDS<br><br>Motion for Leave Granted<br>July 9, 2024 |

**DEFENDANTS' MOTION TO COMPEL AND FOR
SANCTIONS FOR INSULET'S DISCOVERY MISCONDUCT
REGARDING ITS "TRADE SECRET SUMMARY"**

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37.1, Defendants bring this Motion to Compel and for Sanctions for Insulet's Discovery Misconduct regarding its "Trade Secret Summary." Defendants submit with this Motion the supporting memorandum of law, the supporting declaration of Adam S. Gershenson, and accompanying exhibits.

Respectfully submitted,

Dated: July 9, 2024

**COOLEY LLP**

/s/ *Adam S. Gershenson*
Michael Sheetz (BBO #548776)
Adam S. Gershenson (BBO #671296)
Kimberley A. Scimeca (BBO #780962)
Zachary Sisko (BBO #705883)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
(617) 937-2300
msheetz@cooley.com
agershenson@cooley.com
kscimeca@cooley.com
zsisko@cooley.com

Reuben Chen (*pro hac vice*)
Lowell Mead (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 495-5000
rchen@cooley.com
lmead@cooley.com

Elizabeth M. Flanagan (*pro hac vice*)
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
(312) 881-6383
bflanagan@cooley.com

Dustin Knight (*pro hac vice*)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004
(202) 842-7800
dknight@cooley.com

*Counsel for Defendants EOFlow Co., Ltd. and EOFlow, Inc., and Jesse J. Kim*

**DONNELLY, CONROY & GELHAAR, LLP**

/s/ *T. Christopher Donnelly*
T. Christopher Donnelly (BBO #129930)

Nathaniel R.B. Koslof (BBO #691094)
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880
Tcd@dcglaw.com
Nrbk@dcglaw.com

*Attorneys for Defendants Luis J. Malave, Steve DiIanni, and Ian G. Welsford*

**LAMBERT, SHORTELL & CONNAUGHTON**

/s/ *Brendan M. Shortell*
Brendan M. Shortell (BBO #675851)
Justin P. Tinger (BBO #707807)
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
(617) 720-0091
shortell@lambertpatentlaw.com
tinger@lambertpatentlaw.com

*Attorneys for Defendant Nephria Bio, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

I certify that Defendants have complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiff on each of the issues identified in the Motion to Compel. The parties were unable to agree with respect to the issues raised in the Motion to Compel, and are thus at an impasse and require the Court's assistance to resolve the disputes.

/s/ *Adam S. Gershenson*
Adam S. Gershenson

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on July 9, 2024 the foregoing Motion will be sent by e-mail to all parties.

/s/ *Adam S. Gershenson*
Adam S. Gershenson