IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>                          *Plaintiff*,<br><br>   v.<br><br>EOFLOW CO., LTD.; *et al.*,<br><br>                         *Defendants*. | No. 1:23-cv-11780-FDS |

**PLAINTIFF INSULET CORPORATION'S
<u>RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

Now that the evidence has closed, Insulet respectfully renews its motion under Federal Rule of Civil Procedure 50(a) for judgment as a matter of law against all Defendants on all remaining issues in the case. Insulet incorporates by reference all grounds for granting this motion raised on the record and in Insulet's previous filings, including the Rule 50(a) motion and supporting brief filed by Insulet at the close of Defendants' case. *See* ECF Nos. 817 & 818.

1

November 29, 2024                                  Respectfully submitted.

                                                    */s/ Robert D. Carroll*

Jenny Zhang (BBO No. 689838)                        Robert D. Carroll (BBO No. 662736)
Matthew Ginther (*pro hac vice*)                    Robert Frederickson III (BBO No. 670111)
GOODWIN PROCTER LLP                                 Scott T. Bluni (BBO No. 660187)
1900 N Street, NW                                   Alexandra Lu (BBO No. 691114)
Washington, DC 20036                                Gerard J. Cedrone (BBO No. 699674)
(202) 346-1000                                      William E. Evans (BBO No. 706382)
JZhang@goodwinlaw.com                               GOODWIN PROCTER LLP
MGinther@goodwinlaw.com                             100 Northern Avenue
                                                    Boston, MA 02210
Alexandra D. Valenti (*pro hac vice*)               (617) 570-1000
James Breen (*pro hac vice*)                        RCarroll@goodwinlaw.com
Timothy Keegan (*pro hac vice*)                     RFrederickson@goodwinlaw.com
Arsh Raince (*pro hac vice*)                        SBluni@goodwinlaw.com
Danit Maor (*pro hac vice*)                         ALu@goodwinlaw.com
GOODWIN PROCTER LLP                                 GCedrone@goodwinlaw.com
620 Eighth Avenue                                   WEvans@goodwinlaw.com
New York, NY 10018
(212) 813-8800
AValenti@goodwinlaw.com
JamesBreen@goodwinlaw.com
TKeegan@goodwinlaw.com
ARaince@goodwinlaw.com
DMaor@goodwinlaw.com                                *Attorneys for Plaintiff Insulet Corporation*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that on November 24, 2024, counsel for Insulet conferred with counsel for Defendants in an effort to resolve or narrow the issues regarding Insulet's original Rule 50(a) motion. However, the parties were not able to reach resolution on those issues.

By: */s/ Robert D. Carroll*
Robert D. Carroll

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2024, I filed the foregoing document via the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ *Robert D. Carroll*
Robert D. Carroll