IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; NEPHRIA BIO, INC.; JESSE J. KIM (a/k/a JAE JIN KIM); LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>    *Defendants*. | Case No. 1:23-cv-11780-FDS |

## DEFENDANTS' NOTICE OF OBJECTIONS TO JURY INSTRUCTIONS AND VERDICT FORM

Defendants EOFlow Co., Ltd.; EOFlow, Inc.; Jesse J. Kim; Luis J. Malave; Steven DiIanni; Ian G. Welsford; and Nephria Bio, Inc. (together, "Defendants") respectfully object to, and maintain their objections to, the Court's jury instructions where the provided instructions differ from the instructions proposed by Defendants, including without limitation Defendants' submissions at ECF Nos. 602, 730, 812, and 812-1, Exhibit A hereto[1], and submissions provided in open court as reflected in the transcripts of the proceedings.

Defendants further respectfully object to the Court's verdict form where the verdict form differs from the verdict form proposed by Defendants, including without limitation Defendants' submissions at ECF No. 813, Exhibit A hereto, and submissions provided in open court as reflected in the transcripts of the proceedings.

---

[1] Exhibits hereto are attached to the Declaration of Adam Gershenson submitted herewith.

Dated: December 2, 2024

COOLEY LLP

*/s/ Adam S. Gershenson*
Michael Sheetz (BBO #548776)
Adam S. Gershenson (BBO #671296)
John O. Wray (*pro hac vice*)
Zachary Sisko (BBO #705883)
Matthew Oliver (BBO #714134)
Kimberley Scimeca (BBO #780962)
Isabel L. Catanzaro (BBO #712925)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
(617) 937-2300
msheetz@cooley.com
agershenson@cooley.com
jwray@cooley.com
zsisko@cooley.com
moliver@cooley.com
kscimeca@cooley.com
icatanzaro@cooley.com

Lowell Mead (*pro hac vice*)
Reuben Chen (*pro hac vice*)
John Bostic (*pro hac vice*)
Kyung Taeck Minn (*pro hac vice*)
HanByul Chang (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 495-5000
lmead@cooley.com
rchen@cooley.com
jbostic@cooley.com
rminn@cooley.com
hanbyul.chang@cooley.com

Elizabeth M. Flanagan (*pro hac vice*)
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
(312) 881-6383
bflanagan@cooley.com

Dustin Knight (*pro hac vice*)
Jordan Landers (*pro hac vice*)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004
(202) 842-7800

dknight@cooley.com
jlanders@cooley.com

Alexandra Mayhugh (*pro hac vice*)
Wells Fargo Center, South Tower
355 South Grand Ave. Ste. 900
Los Angeles, CA 90071
(213) 561-3250
amayhugh@cooley.com

*Counsel for Defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse J. Kim*

DONNELLY, CONROY & GELHAAR, LLP

*/s/ T. Christopher Donnelly*
T. Christopher Donnelly (BBO #129930)
Timothy H. Madden (BBO #654040)
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880
tcd@dcglaw.com
thm@dcglaw.com

*Attorneys for Defendants Luis J. Malave, Steve DiIanni, and Ian G. Welsford*

LAMBERT, SHORTELL & CONNAUGHTON

*/s/ Brendan M. Shortell*
Brendan M. Shortell (BBO #675851)
Justin P. Tinger (BBO #707807)
100 Franklin St., Ste. 903
Boston, MA 02110
shortell@lambertpatentlaw.com
tinger@lambertpatentlaw.com

*Attorneys for Defendant Nephria Bio, Inc.*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on December 2, 2024 the foregoing document, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic filing and paper copies will be sent to any non-registered participants.

*/s/ Adam S. Gershenson*
Adam S. Gershenson