**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **INSULET CORPORATION,**<br>**Plaintiff,**<br>**v.**<br>**EOFLOW CO., LTD., et al.,**<br>**Defendants.** | **Civil Action No. 23-11780-FDS** |

# JURY VERDICT FORM

**Abbreviations**

For the sake of convenience, this verdict form will use the following abbreviations as to the asserted trade secrets:

a. **"CAD"** shall mean the Computer-Aided Design files for the Omnipod, including the file 13800-POD-ASSEMBLY-ASM;

b. **"Cannula"** shall mean the design and manufacturing process for the Omnipod soft cannula;

c. **"Bubble Channel"** shall mean the function and purpose of the Omnipod reservoir microfluidic bubble channel;

d. **"ODA"** shall mean the occlusion detection algorithm for the Omnipod; and

e. **"DHF"** shall mean the Design History File for the Omnipod Eros.

**Question 1: Are any of the following valid trade secrets that are owned by Insulet?**

| | | |
|---|---|---|
| (a) **CAD:** | ✓ Yes | ___ No |
| (b) **Cannula:** | ✓ Yes | ___ No |
| (c) **Bubble Channel:** | ___ Yes | ✓ No |
| (d) **ODA:** | ✓ Yes | ___ No |
| (e) **DHF:** | ✓ Yes | ___ No |

*If you answered "yes" to any part of Question 1, answer Question 2.*

**Question 2: Were any of those trade secrets misappropriated by the following defendants?**

| | | |
|---|---|---|
| (a) **EOFlow Co., Ltd.:** | ✓ Yes | ___ No |
| (b) **EOFlow, Inc.:** | ✓ Yes | ___ No |
| (c) **Nephria Bio, Inc.:** | ✓ Yes | ___ No |
| (d) **Jesse Kim:** | ✓ Yes | ___ No |
| (e) **Luis Malave:** | ___ Yes | ✓ No |
| (f) **Steven DiIanni:** | ✓ Yes | ___ No |
| (g) **Ian Welsford:** | ✓ Yes | ___ No |

*If you answered "yes" to any part of Question 2, answer Questions 3 and 4.*

**Question 3: Please identify which trade secrets were misappropriated by which defendants by checking the correct box. Mark "X" for all that apply. Do not check any of the shaded boxes.**

| **Misappropriation Claims** | | | | | |
|---|---|---|---|---|---|
| | **CAD** | **Cannula** | **Bubble Channel** | **ODA** | **DHF** |
| **EOFlow Co., Ltd.** | X | X | X | X | X |
| **EOFlow, Inc.** | X | X | X | X | X |
| **Nephria Bio, Inc.** | | | | | X |
| **Jesse Kim** | X | X | X | X | X |
| **Luis Malave** | | | | | |
| **Steven DiIanni** | X | X | X | X | X |
| **Ian Welsford** | | | | X | X |

**Question 4: Is the claim for misappropriation as to any of the following trade secrets barred by the statute of limitations?**

**(a) As to the CAD:** _____ Yes __X__ No

**(b) As to the Cannula:** _____ Yes __X__ No

**(c) As to the Bubble Channel:** _____ Yes __X__ No

**(d) As to the ODA:** _____ Yes __X__ No

**(e) As to the DHF:** _____ Yes __X__ No

*If you answered "yes" to any part of Question 4, do not answer any further questions as to that trade secret. If you answer "no" to any part of Question 4, please proceed to Question 5.*

**Question 5: Please identify, by filling in the correct box, what compensatory damages—that is, unjust enrichment caused by the misappropriation—if any, you award to the plaintiff as to each trade secret against EOFlow Co., Ltd., and EOFlow, Inc.**

| Misappropriation Claims | | |
|---|---|---|
| | **CAD** | **Cannula** |
| **EOFlow Co., Ltd.** | $ 47 mil | $ 29 mil |
| **EOFlow, Inc.** | $ 1.00 | $ 1.00 |

| Misappropriation Claims (Continued) | | |
|---|---|---|
| | **Bubble Channel** | **ODA** |
| **EOFlow Co., Ltd.** | $ 0 | $ 7 mil |
| **EOFlow, Inc.** | $ 0 | $ 1.00 |

| Misappropriation Claims (Continued) | |
|---|---|
| | **DHF** |
| **EOFlow Co., Ltd.** | $ 170 mil |
| **EOFlow, Inc.** | $ 1.00 |

*Please proceed to Question 6.*

**Question 6: If you have found misappropriation of the DHF trade secret, please identify any unjust enrichment damages caused by the misappropriation of the DHF trade secret that does not overlap with any unjust enrichment damages award caused by the misappropriation of any other trade secret. Any such amount cannot exceed the total that you assigned to the DHF in Question 5.**

| Misappropriation Claims | |
|---|---|
| | **DHF** |
| **EOFlow Co., Ltd.** | $ 87 mil |
| **EOFlow, Inc.** | $ 1.00 |

*Please proceed to Question 7.*

**Question 7: Were any of the following defendants unjustly enriched from sources <u>other</u> than any increase in the value of EOFlow Co., Ltd., or EOFlow, Inc.? For example, you may consider any revenues received by Nephria Bio, Inc., or compensation or consulting fees received by any of the individuals, caused by the misappropriation. You should not, however, consider any increase in the value of EOFlow stock that any of the defendants may have owned.**

| | | |
|---|---|---|
| **(a) Jesse Kim:** | ✓ Yes | _____ No |
| **(b) Luis Malave:** | ✓ Yes | _____ No |
| **(c) Steven DiIanni:** | ✓ Yes | _____ No |
| **(d) Ian Welsford:** | ✓ Yes | _____ No |
| **(e) Nephria Bio, Inc.:** | ✓ Yes | _____ No |

*If you answered "yes" to any part of Question 7, please proceed to Question 8.*

**Question 8: Please identify, by filling in the correct box, what compensatory damages, if any, you award to the plaintiff as to each trade secret against each of the following defendants. Any unjust enrichment you award caused by that defendant's misappropriation must derive from sources <u>other</u> than any increase in the value of EOFlow Co., Ltd., or EOFlow, Inc. Do not mark any of the shaded boxes.**

| Misappropriation Claims | | |
|---|---|---|
| | **CAD** | **Cannula** |
| **Nephria Bio, Inc.** | | |
| **Jesse Kim** | $ 1.00 | $ 1.00 |
| **Luis Malave** | $ 0 | $ 0 |
| **Steven DiIanni** | $ 1.00 | $ 1.00 |
| **Ian Welsford** | | |

| Misappropriation Claims (Continued) | | |
|---|---|---|
| | **Bubble Channel** | **ODA** |
| **Nephria Bio, Inc.** | | |
| **Jesse Kim** | $ 0 | $ 1.00 |
| **Luis Malave** | $ 0 | $ 0 |
| **Steven DiIanni** | $ 0 | $ 1.00 |
| **Ian Welsford** | | $ 1.00 |

| Misappropriation Claims (Continued) | |
|---|---|
| | **DHF** |
| **Nephria Bio, Inc.** | $ 1.00 |
| **Jesse Kim** | $ 1.00 |
| **Luis Malave** | |
| **Steven DiIanni** | $ 1.00 |
| **Ian Welsford** | $ 1.00 |

*Please proceed to Question 9.*

Question 9: If you have found misappropriation of the DHF trade secret, please identify any unjust enrichment damages caused by the misappropriation of the DHF trade secret that does **not** overlap with any unjust enrichment damages award caused by the misappropriation of any other trade secret. Any such amount cannot exceed the total that you assigned to the DHF in Question 8. Do not mark any of the shaded boxes.

| Misappropriation Claims | |
|---|---|
| | DHF |
| Nephria Bio, Inc. | $ 1.00 |
| Jesse Kim | $ 1.00 |
| Luis Malave | ▓▓▓ |
| Steven DiIanni | $ 1.00 |
| Ian Welsford | $ 1.00 |

*Please proceed to Question 10.*

**Question 10: Please identify, by checking the correct box, whether any defendant willfully and maliciously misappropriated any trade secret. Mark "X" for all that apply. Do not check any of the shaded boxes.**

| Misappropriation Claims | | | | | |
|---|---|---|---|---|---|
| | **CAD** | **Cannula** | **Bubble Channel** | **ODA** | **DHF** |
| **EOFlow Co., Ltd.** | X | | | X | X |
| **EOFlow, Inc.** | | | | | |
| **Nephria Bio, Inc.** | [shaded] | [shaded] | [shaded] | [shaded] | |
| **Jesse Kim** | X | | | X | X |
| **Luis Malave** | | | | | [shaded] |
| **Steven DiIanni** | | | | | |
| **Ian Welsford** | [shaded] | [shaded] | [shaded] | X | X |

*If you mark "X" for any defendant, proceed to Question 11.*

**Question 11: Please identify, by filling in the correct box, what exemplary damages, if any, you award the plaintiff for willful and malicious misappropriation of a trade secret. Do not write in any of the shaded boxes. Any exemplary damages that you choose to award may not be greater than twice the amount of any compensatory damages that you have awarded.**

| Misappropriation Claims | | |
|---|---|---|
| | **CAD** | **Cannula** |
| **EOFlow Co., Ltd.** | $ 94 mil | $ |
| **EOFlow, Inc.** | $ | $ |
| **Nephria Bio, Inc.** | | |
| **Jesse Kim** | $ 1.00 | $ 0 |
| **Luis Malave** | $ | $ |
| **Steven DiIanni** | $ | $ |
| **Ian Welsford** | | |

| Misappropriation Claims (Continued) | | |
|---|---|---|
| | **Bubble Channel** | **ODA** |
| **EOFlow Co., Ltd.** | $ | $ 14 mil |
| **EOFlow, Inc.** | $ | $ |
| **Nephria Bio, Inc.** | | |
| **Jesse Kim** | $ 0 | $ 1.00 |
| **Luis Malave** | $ | $ |
| **Steven DiIanni** | $ | $ |
| **Ian Welsford** | | $ 1.00 |

| Misappropriation Claims (Continued) | |
|---|---|
| | **DHF** |
| **EOFlow Co., Ltd.** | $ 174 mil |
| **EOFlow, Inc.** | $ |
| **Nephria Bio, Inc.** | $ |
| **Jesse Kim** | $ 1.00 |
| **Luis Malave** | |
| **Steven DiIanni** | $ |
| **Ian Welsford** | $ 1.00 |

**Your deliberations are complete. Please sign and date this form, and notify the court officer.**

[signature]
Foreperson

12.3.2024
Date