**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INSULET CORPORATION,<br>*Plaintiff*,<br>v.<br>EOFLOW CO., LTD.; *et al.*,<br>*Defendants*. | **No. 1:23-cv-11780-FDS** |

**INSULET'S UNOPPOSED MOTION FOR AMENDMENT AND VOLUNTARY DISMISSAL OF COUNTS II-IV WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Insulet Corporation moves to amend its Second Amended Complaint to voluntarily dismiss without prejudice its patent infringement claims—*i.e.*, Counts II-IV of the Second Amendment Complaint (ECF 273)—as against EOFlow Co., Ltd., the sole Defendant against which those claims are asserted.

A proposed order is being filed together with this Motion.

Pursuant to Local Rule 7.1(a)(2), Insulet certifies that counsel for Insulet conferred with counsel for Defendants, and that Defendants do not oppose the relief requested in this motion.

January 3, 2025

Respectfully submitted,

/s/ *Robert D. Carroll*

Robert D. Carroll (BBO No. 662736)
Robert Frederickson III (BBO No. 670111)
Scott T. Bluni (BBO No. 660187)
Alexandra Lu (BBO No. 691114)
William E. Evans (BBO No. 706382)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
*rcarroll@goodwinlaw.com*
*rfrederickson@goodwinlaw.com*
*sbluni@goodwinlaw.com*
*alu@goodwinlaw.com*
*wevans@goodwinlaw.com*

Jenny Zhang (BBO No. 689838)
Matthew Ginther (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-1000
*jzhang@goodwinlaw.com*
*mginther@goodwinlaw.com*

Alexandra D. Valenti (*pro hac vice*)
James Breen (*pro hac vice*)
Timothy Keegan (*pro hac vice*)
Arshjit Raince (*pro hac vice*)
Danit Maor (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
*avalenti@goodwinlaw.com*
*jamesbreen@goodwinlaw.com*
*tkeegan@goodwinlaw.com*
*araince@goodwinlaw.com*
*dmaor@goodwinlaw.com*

*Attorneys for Plaintiff Insulet Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed on January 3, 2025 through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: *<u>/s/ Robert D. Carroll</u>*
Robert D. Carroll