**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INSULET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; *et al.*,<br><br>*Defendants*. | **No. 1:23-cv-11780-FDS** |

**ORDER GRANTING INSULET'S UNOPPOSED MOTION FOR AMENDMENT AND VOLUNTARY DISMISSAL OF COUNTS II-IV WITHOUT PREJUDICE**

Upon consideration of Insulet's Unopposed Motion for Amendment and Voluntary Dismissal of Counts II-IV Without Prejudice, it is hereby **ORDERED** that: Insulet's Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 15, and Counts II-IV of the Second Amended Complaint (ECF 273) are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 3rd day of January, 2025 .

/s/ F. Dennis Saylor, IV
Hon. F. Dennis Saylor, IV
Chief Judge, United States District Court

Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts
By: Deputy Clerk
Date: 01/03/2025