**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INSULET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EOFLOW CO., LTD.; EOFLOW, INC.; NEPHRIA BIO, INC.; JESSE J. KIM (a/k/a JAE JIN KIM); LUIS J. MALAVE; STEVEN DIIANNI; and IAN G. WELSFORD,<br><br>*Defendants*. | Case No. 1:23-cv-11780-FDS |

**RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**
**AND MOTION FOR NEW TRIAL**

Pursuant to Federal Rules of Civil Procedure 50 and 59 and applicable authorities, the undersigned Defendants bring this Renewed Motion for Judgment as a Matter of Law Pursuant and Motion for New Trial. Defendants submit with this Motion the supporting memorandum of law.

Dated: January 24, 2025

COOLEY LLP


*/s/ Adam S. Gershenson*
Michael Sheetz (BBO #548776)
Adam S. Gershenson (BBO #671296)
Zachary Sisko (BBO #705883)
Matthew Oliver (BBO #714134)
Kimberley Scimeca (BBO #780962)
Isabel L. Catanzaro (BBO #712925)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
(617) 937-2300
msheetz@cooley.com
agershenson@cooley.com
zsisko@cooley.com
moliver@cooley.com
kscimeca@cooley.com
icatanzaro@cooley.com

Lowell Mead (*pro hac vice*)
Reuben Chen (*pro hac vice*)
John Bostic (*pro hac vice*)
Kyung Taeck Minn (*pro hac vice*)
HanByul Chang (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 495-5000
lmead@cooley.com
rchen@cooley.com
jbostic@cooley.com
rminn@cooley.com
hanbyul.chang@cooley.com

Elizabeth M. Flanagan (*pro hac vice*)
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
(312) 881-6383
bflanagan@cooley.com

Dustin Knight (*pro hac vice*)
Jordan Landers (*pro hac vice*)
1299 Pennsylvania Ave, NW, Suite 700
Washington, DC 20004
(202) 842-7800
dknight@cooley.com
jlanders@cooley.com

Alexandra Mayhugh (*pro hac vice*)
Wells Fargo Center, South Tower
355 South Grand Ave. Ste. 900
Los Angeles, CA 90071
(213) 561-3250
amayhugh@cooley.com

*Counsel for Defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse J. Kim*

LAMBERT, SHORTELL & CONNAUGHTON

*/s/ Brendan M. Shortell*
Brendan M. Shortell (BBO #675851)
Justin P. Tinger (BBO #707807)
100 Franklin St., Ste. 903
Boston, MA 02110
shortell@lambertpatentlaw.com
tinger@lambertpatentlaw.com

*Attorneys for Defendant Nephria Bio, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiff on the issues and relief requested in the Motion. The parties were unable to reach agreement and thus require the Court's assistance to resolve the disputes.

/s/ *Adam S. Gershenson*
Adam S. Gershenson

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on January 24, 2025 the foregoing Motion and supporting documents will be served by hand and sent by e-mail to all parties.

*/s/ Adam S. Gershenson*
Adam S. Gershenson