UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 23-11780-FDS |
| ) | |
| EOFLOW CO., LTD.; EOFLOW, INC.; ) | |
| NEPHRIA BIO, INC.; and JESSE KIM, ) | |
| ) | |
| Defendants. ) | |

## ORDER AS TO FINAL JUDGMENT

**SAYLOR, C.J.**

The Second Amended Complaint of plaintiff Insulet Corporation, filed on February 5, 2024, asserted claims against seven defendants: EOFlow Co., Ltd., and EOFlow, Inc.; Nephria Bio, Inc.; EOFlow's Chief Executive Officer, Jesse Kim; and three former Insulet employees, Luis Malave, Steven DiIanni, and Ian Welsford. (ECF No. 273). The asserted claims were for violation of the Defend Trade Secrets Act, 18 U.S.C. § 1836 *et seq.* ("DTSA") (Count 1); patent infringement (Counts 2-4); unfair competition in violation of Mass. Gen. Laws ch. 93A (Count 5); and civil conspiracy (Count 6).

On October 31, 2024, the Court granted summary judgment in defendants' favor as to the unfair-competition claim (Count 5). On November 21, 2024, plaintiff voluntarily dismissed with prejudice its claim of civil conspiracy (Count 6). (ECF Nos. 804, 805). On January 3, 2025, with leave of court, plaintiff dismissed without prejudice its claims of patent infringement (Counts 2-4). (ECF Nos. 867, 869).

On December 3, 2024, following a trial, the jury rendered a verdict as to Count 1. (ECF No. 833). Following trial, the Court heard and addressed post-trial filings submitted by the parties, including plaintiff's Motion for Permanent Injunction, (ECF No. 885), and defendants' Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial, (ECF No. 882).

On February 25, 2025, the Court entered partial final judgment pursuant to Fed. R. Civ. P. 54(b) as to the claims against defendants Luis Malave, Steven DiIanni, and Ian Welsford. (ECF Nos. 914, 925).

The Court now hereby directs that the clerk enter a final judgment as to the claims against defendants EOFlow Co., Ltd.; EOFlow, Inc.; Nephria Bio, Inc.; and Jesse Kim as follows:

1. **Count 1:** Judgment as to Count 1 of the Second Amended Complaint shall be entered in favor of plaintiff Insulet Corporation and against defendants EOFlow Co., Ltd.; EOFlow, Inc.; Nephria Bio, Inc.; and Jesse Kim as follows:

    a. **Computer-Aided Design Files:** Defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse Kim misappropriated the trade secret comprising the Computer-Aided Design files for the Omnipod, including the file 13800-POD-ASSEMBLY-ASM ("CAD"), in violation of the DTSA.

    b. **Soft Cannula:** Defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse Kim misappropriated the trade secret comprising the design and manufacturing process for the Omnipod soft cannula in violation of the DTSA.

    c. **Occlusion Detection Algorithm:** Defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse Kim misappropriated the trade secret comprising the occlusion detection algorithm for the Omnipod ("ODA") in violation of the DTSA.

   d. **Design History File:**  Defendants EOFlow Co., Ltd.; EOFlow, Inc.; Nephria Bio, Inc.; and Jesse Kim misappropriated the trade secret comprising the Design History File for the Omnipod Eros ("DHF") in violation of the DTSA.

   e. **Willful and Malicious Misappropriation:**  Defendants EOFlow Co., Ltd., and Jesse Kim misappropriated the CAD, ODA, and DHF trade secrets willfully and maliciously within the meaning of 18 U.S.C. § 1836(b)(3)(C).

2. **Counts 2-4:**  Counts 2-4 of the Second Amended Complaint have been dismissed without prejudice.

3. **Count 5:**  Judgment shall be entered against plaintiff Insulet Corporation and in favor of defendants EOFlow Co., Ltd.; EOFlow, Inc.; Nephria Bio, Inc; and Jesse Kim as to Count 5 of the Second Amended Complaint.  (ECF No. 753).

4. **Count 6:**  Count 6 of the Second Amended Complaint has been dismissed with prejudice.  (ECF No. 804; ECF No. 805; 13 Tr. 5:25-6:5).

5. **Monetary Damages:**  Monetary damages shall be awarded in favor of plaintiff Insulet Corporation in the total amount of $59,400,001.00, without prejudgment interest.  The damages award comprises the following:

   a. **Unjust Enrichment:**  Unjust-enrichment damages under 18 U.S.C. § 1836(b)(3)(B)(i)(II) in the amount of $25,800,000.00, without prejudgment interest, against defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse Kim, payable jointly and severally, and $1 in nominal damages against defendant Nephria Bio, Inc.; and

   b. **Exemplary Damages:**  Exemplary damages under 18 U.S.C. § 1836(b)(3)(C) in the amount of $33,600,000.00, without prejudgment interest, against

defendants EOFlow Co., Ltd.; EOFlow, Inc.; and Jesse Kim, payable jointly and severally.

6. **Permanent Injunction:** A permanent injunction will be entered against defendants EOFlow Co., Ltd.; EOFlow, Inc.; Nephria Bio, Inc; and Jesse Kim, in accordance with a separately issued order.

**So Ordered.**

Dated: April 24, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court