UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSULET CORPORATION,<br><br>                     *Plaintiff*,<br><br>    v.<br><br>EOFLOW CO., LTD.; *et. al*,<br><br>                     *Defendants*. | No. 1:23-cv-11780-FDS |

**INSULET'S MOTION FOR
ATTORNEY FEES AND LITIGATION EXPENSES**

Pursuant to 18 U.S.C. § 1836(b)(3)(D), Plaintiff Insulet Corporation respectfully moves for an award of reasonable attorney fees and litigation expenses related to this litigation. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Insulet's Motion for Attorney Fees as well as the Declaration of Robert Carroll and accompanying exhibits.

Insulet respectfully requests that this Court grant this motion, award Insulet $30,152,559.73 in reasonable attorney fees and litigation expenses incurred as a result of this litigation and grant any other relief it deems just and proper.

May 8, 2025

Matthew Ginther (BBO No. 714772)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-1000
MGinther@goodwinlaw.com

Alexandra D. Valenti (*pro hac vice*)
James Breen (*pro hac vice*)
Timothy Keegan (*pro hac vice*)
Arshjit Raince (*pro hac vice*)
Danit Maor (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
AValenti@goodwinlaw.com
JamesBreen@goodwinlaw.com
TKeegan@goodwinlaw.com
ARaince@goodwinlaw.com
DMaor@goodwinlaw.com

Respectfully submitted.

 /s/ *Robert D. Carroll*
Robert D. Carroll (BBO No. 662736)
Robert Frederickson III (BBO No. 670111)
Scott T. Bluni (BBO No. 660187)
Alexandra Lu (BBO No. 691114)
William E. Evans (BBO No. 706382)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
RCarroll@goodwinlaw.com
RFrederickson@goodwinlaw.com
SBluni@goodwinlaw.com
ALu@goodwinlaw.com
WEvans@goodwinlaw.com


*Attorneys for Plaintiff Insulet Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed on May 8, 2025, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Robert D. Carroll*
Robert D. Carroll

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that on May 7, 2025, counsel for Plaintiff conferred with counsel for the EOFlow entities and Jesse Kim as it relates to the relief requested herein.  The parties were unable to narrow the issues, including with respect to Insulet's request for an award of fees.

/s/ *Robert D. Carroll*
Robert D. Carroll